FILED IN
4th COURT OF APPEALS
 SAN ANTONIO, TX
 April 20, 2015
 KEITH E. HOTTLE
CLERK OF THE COURT
 APPENDIX

A. FINAL JUDGMENT AND JURY CHARGE
B. TEX. CIV. PRAC. & REM. CODE §10.001(2)
C. FIINACIAL RECORDS TABULATION

 32
EXHIBIT A
 2~13CI~~~55 -0037

 NO. 2013-Cl-18355

 HELVETJA ASSET RECOVERY, INC. § IN THE DISTRICT COURT
 §
 Plaintiff, §
 §
 v. § BEXAR COUNTY, TEXAS
 §
 BURTON KAHN and §
 PARADIV CORPORATION, §
 § 37
 · DefendanJs. § 4Wth JUDICIAL DISTRICT

 FINAL JUDGMENT

 On May 12, 2014; the Court called this case for trial. Plaintiff Helvetia Asset Recovery,

 Jnc. appeared through its attorneys and annou·nced ready for trial. Defendant Burton Kahn

 appeared in person pro se and -announced ready for trial. Defendant Paradiv Corporation did not

 appear except through Its director and officer, Burton Kahn, who is not licensed to practice law

 in this state. The Court then empanelled and swore a jury consisting of twelve qualified jurors,

 and the case proceeded to trial. At the close of the evidence, the Court submitted questions,

 definitions, and instructions to the jury. On May 21, 2014, the jury returned its verdict. The
m
fl.-, Charge of the Court and the jury's verdict are attached hereto and are incorporated herein by
!
l
i reference. This Final Judgment expressly incorporates all findings of the jury for all purposes.
I
2 The jury's verdict was received, filed and entered of record. Plaintiff moved for
~I
J
 il judgment on the verdict, and the Court, having considered ·the pleadings, the evidence, the jury

v verdict, and the applicable law, hereby renders Final Judgment on the verdict (the "Judgment")
0
L as follows:
4
 ~
 Jt is ORDERED and DECREED that Plaintiff is declared the owner of the funds in the

 9 registry of the Court that were deposited by Defendants pursuant to the Temporary Injunction
 p
 c;
 8
 8 FINAL JUDGMENT

5
previously entered herein, and that totaled, at the time of disbursement, the amount· of
 /

$291,453.6 I.

 It is further ORDERED that Plaintiff recover from Defendants Burton Kahn and Paradiv

Corporation the sum of $854, I 66 in actual damages, plus pre-judgment interest from November

4, 2013, at the rate of $117.0 I per day until the day before this Judgment is signed.

 It is further ORDERED that Defendants receive a credit for sums Plaintiff received from

the registry of the Court in the amount of$291 ,453.6 1, said credit to be applied against the actual

damages and accrued interest as of the date the Judgment is signed. ·

 It is further ORDERED that Plaintiff recover from Defendant Burton Kahn exemplary

damages in the sum of$900,000.

 It is further ORDERED and DECREED that Plaintiff recover its reasonable attorneys'

fees as allowed by the Texas Declaratory Judgment Act and pursuant to Chapter 12 of the Texas

Civil Practice & Remedies Code,§ 12.002(b)(3).

 It is further ORDERED that Plaintiff recover from Defendants Burton Kahn and Paradiv

Corporation attorneys' fees in the sum of $280,000. In the event of an appeal to the court of

appeals, Plaintiff, if successful, shaH recover an additional $20,000 in fees, and, if another appeal

is sought; Plaintiff shall recover another $10,000 in fees.

 It is further ORDERED that Plaintiff recover all costs of court.

 It is further ORDERED that Plaintiff recover on all amounts awarded herein post-

judgment interest at the highest lawful rate allowed by law as of the date of this Judgment until

paid.

 Jt is further ORDERED that all amounts awarded herein, other than exemplary damages,

are jointly and severally owed by Defendants Burton Kahn and Paradiv Corporation.

FlNAL JUDGMENT Page2
 lt is further ORDERED that Burton Kahn deliver and deposit into the registry of this

Court within the next 30 days any sums that he was previously ordered to deposit into the

registry of the Court and did not.

 It is further ORDERED that Burton Kahn be and he is permanently enjoined from

conducting business in the name of the Plaintiff or in any way interfering with Plaintiff's

business activities, including but not limited to Plaintiff's sales of lots in the Key Largo

subdivision, based on any fact or circumstance that exists as of the date this Judgment is entered

or which has ever existed in the past.

 It is further ORDERED that all writs and processes necessary or appropriate for the

enforcement or collection of this Judgment or the costs of court may issue as necessary.

 All relief requested in this case and not expressly granted is denied. This Judgment

finally disposes of all claims and all parties and is an appealable Final Judgment.

 SIGNED this// dayof~2014.

D-2273499_2

FINAL JUDGMENT Pagel
EXHIBIT A
 1111 ff:~~~-11111.
 \. . 201JC!t8335 -P00l91
 . .. . ·~ . .. . - ··'

 CAUSE NO. 2013-Cl-18355

 HELVETIA ASSET RECOVERY. JNC•• IN THE DISTRICT COURT
 Plaintiff,

 v. BEXAR COUNTY, TEXAS

 BURTON KAHN and
 "PARADIV CORPORATION, §
 Defendants. §. 407TH JUDICIAL DISTRICT

 JURY CHARGE

 LADIES AND GENTLEMEN OF THE JURY:

 After the cJosing arguments, you wiH go lo the jury room to decide the case 1 answer ·the
 questions that are attached, and reach a verdict. You may.discuss the case with other jurors on Jy
 when you are all together in the jury room.

 Remember my previous instructions:

 Do not dis<:uss the case with anyone else, either in person or by any other means.

 Do not do any independent investigation about the case or conduct any research.

 Do not look up any words in dictionaries or on the Internet

 Do not post infonnalion about the case on the Internet.
q '
E1 Do not share any special knowledge or experiences with the other jurors.
/

'
 Do not use your phone or any other electronic devfoe during your deliberations for any reason.
/
~,
 Here arc the instructions for answering the qu~tions:
(. ,
(I
J J. Do not let bias, prejudice or sympathy play any part in your decision.
~i
 • 2. · Base your answers only on the evidence admitted in court and on the law that is in
v
0
 tbese instructions and questions. Do not consider or discuss any evidence that was not admitted
I- in the ~zm ~As ~
4 "'?!!' 3. Ya\.il~J<U'ake
 up your own mind about the facts. You are the sole judges of
2 the credibiJHY:RfQi.e ~i;\~rs.~~s. ~d the weight to give their testimony. But on the matters of law,
3 you must :tHflow ~1i rrl:Y··msb-U.thons. . ·
~
p
 ·wa 1o:h i~·1N.[loa H~x3s tioz o6 J..'r/W
 7:,>33 rJ lJl~lSIO n
 '\/ ( ).~~iii)!~~ W>I VHNOO
G . Cl~lJ .I ' • ~
 lURYCHARGE ...)\ ~- Page I
0 Document
8 scanned as filed.
~
 4. If jnstructions use a word in a way that is different from its ordjnary meaning, use
 the meaning I give you, which will be a proper legal definition.

 5. All the.questions and answers are important. No one should say that any question
 or answer is not important.

 6. Answer "Yes" or "No" to all questions unless you are told otherwise. A ''Yes"
 answer must be based on a preponderance of the evidence (unless you are told otherwise).
 Whenever a question requires an answer other than "Yes" or ''No," your answer must be based
 on a preponderance of the evidence (unless you are told otherwise).

 The term ''preponderance of the evidence" means the greater weight of credible evidence
 presented in this case. If you do not find a preponderance of the evidence supports a "Yes"
 answer, then answer "No." A preponderance of the evidence is not measured by the number of
 witnesses or by the number of documents admitted in ·eviden~. For a fact to be proved by a
 preponderance of the evidence. you must find that the fact is more likely true than not true.

 7. Do not decide who you think should win before you answer the questions and
 then just answer the questions to match your decision. Answer each question carefully without
 considering who will win. Do not discuss or consider the effect your answers will have.

 8. Do not answer questions by drawing straws or by any method of chance,

 9. . Some questions might ask you for a dollar amount. Do not agree in advance to
 decide on a dollar amount by adding up each juror's amount and then figuring the average.

 10. Do not trade your answers. For examp1e, do not say, "I wiU answer this question
 your way if you answer another question my way."

() l 1. The answers to the questions must be based on the decision of at least ten of the
g twelve jurors. The same ten jurors must agree on every answer. Do not agree to be bound by a
 vote of anything less than ten jurors, even if it would be a majority.
i")'
 As J have said before, if you do not follow these instructions, you will be guilty of juror
/·~ misconduct, and I might have to order a new trial and start this process over again. This will
 waste your time and the parties' money, and would require the taxpayers of thjs county to pay for
9.,!~ another trial If a juror breaks any of these rules, tell that person to stop and report it to me
 immediateJy.
v
0
L
4
 2
 7.
 ~~
 g
 p
 Cl
 JURY C!iAROE Page2
 • I

 Presiding Jui-or

1. When you go into the jury room to answer the questions, the first thing you wiJl need tO
do is choose a Presiding Juror.

2. The Presiding Juror has these duties:

 a. Have the complete charge read aloud if it will be helpful to your deliberations;

 b. Preside over your deliberations, meaning manage the discussions and see that you
 follow these instructions;

 c. Give written questions or comments to the bailiff who will give them to the judge;

 ·d. Write down the answers you agree on;

 e. Get the signatures for the verdict certificate, and

 f. Notify the baiHffthat you have reached a verdict.

 Do you understand the duties ofthe Presiding Juror? If you do not, please telJ me now.

 Instructions for Signing the Verdict Certificate

 1. You may answer the questions on a vote of ten jurors. The same ten jurors must agree on
 every answer in the charge. Th.is means you may not have one group oftenjurors agree
 on one answer and a different group of ten jurors agree on another answer.

 2. If ten jurors agree on every answer, those ten jurors sign the verdict.

 3. If eleven jurors agree on every answer, those eleven jurors sign the verdict.

 4. lf all twelve of you agree on every answer, you are unanimous and only the Presiding
 Juror signs the verdict.

 5. All jurors should deliberate on every question. You may end up with all twelve of you
 agreeing on some answers, while only ten or eleven of you agree on other answers. But
 when you sign the verdict, only those ten who agree on every answer will sign the
 verdict.

Do you understand these instructions?. If you do not, please tell me now.

 ~f:1.,,7c
 ~OGE PRESIDING

 ·'
 '
JURY CHARGE Page 3
 . ·'

 DEFINITIONS

 You are instructed to use the following definitions' when the defined words appear in

 specific questions or instructions.

 I. "Helvetia" refers to the Plaintiff Helvetia Asset Recovery; Inc.

 2. "Puerto Verde" refers to Helvetia's sole sharehokler, which is in ~ wholly

 owned by Robert llipley,
 -'<4! ~
 3. ~ ••Kahn" refers to Defendant Burton Kahn.
 ME:'. "I
 I.(. ~ "Paradiv" refers to Defendant Paradiv Corporation

 5. The "Rule 11 Agreement" refers to the document titled "Rule 11 Agreement" and

 dated November 15, 2013. Tue Rule 11 Agreement is part of the evidence admitted by

 the Court and is JabeJed Plaintiff's Ex. 35.

1!1
6
j
t2
t)

~J
v
0
L

 JUR'Y CHARO£ Page4
 QUESTION NO. l

Did Kahn fail to comply with his fiduciary duty to Helvetia?

 You are instructed that Kahn owed a fiduciary duty to Helvetia to conduct its
 affairs in the best interest of its sole shareholder, Puerto Verde, which was wholly
 owned by Robert rupley.

 Fwther, Kahn was obligated to place Helvetia;s ]nterests ahead of his own and not
 to use his position for his personal gain at the expense of Helvetia.

 Further, a fiduciary owes a duty of utmost loyalty, honesty, good faith and fairness.

 Further; when one enters into a fiduciary relationship, he consents as a matter of law to
 · bave his conduct measured by higher ethical standards than the standards that apply to
 parties who are not in a fiduciary relationship.

Answer "Yes" or "No'.':

JURVCHARGI; Pages
 QUESTION NO. 2

 If you answered "Y~" to Question No. I, then answer the following question. Otherwise, do not
 answer the followjng question.

 What sum of money, if any, if paid now in cash, would fairly and reasonably compensate
 Helvetia for its damages, if any, that were proximately caused by the conduct you found in
 answer to Question No. l? ·

 Answer in dollars and cents, if any:

 1. Misappropriation, if any, of assets: $ 'ltl 16&>
 2. Lost profits, if any: $ )3~ OOD

v
0
L
4

i
 JURYCHAAOE Page6
 - ., . I. .

 QUESTION NO. 3

 ls Kahn responsible for the conduct of Paradiv Corporation?

 You are instructed that Kahn is responsible for the conduct of Para.div if Kahn used
 Paradiv as a means of perpetrating a fraud for the direct personal benefit of Kahn.

 "Fraud" in this context means the breach of some legal or equitable duty,
 such as a fiduciary duty.

 Answer "Yes" or "No;"

~1
j
/
·")

0"·
a
v
0
L
...4,
~
9
p
G
 JURY CHAR.GE Page7
 . ... .

 QUESTION NO. 4

 Did Kahn hold money which, in equity and good conscience, belonged to Helvetia?

 Answer "Y.es" or "No:" -1ft. ~
 . .... ,____

 JURY CHARGE Page 8
g
4
l
 . I .

 QUESTION NO. 5

 If you answered "Yes" to Question No.4, then answer the following 'question. Otherwise, do not
 answer the following question.

 What sum of money, if any, do you find that Kahn held that belonged to Helvetia?

 Answer in dollars and cents, if any.

 Amow1t:

G)
6
/
~I
/

~4
v
0
L
4
2
~
p
 ,
........
 lURYCHAROF.
 ,.
 Page 9
8
 ~
 2
 . I .. . ·. ·... .. .

 QUESTlONNO. 6

Did Kahn slander Helvetia's title to lots in the "Key Largo" subdivision?

 You are instructed that slander of title means a person acted deliberately and
 without reasonable cause to publish false and disparaging words about Helvetia's
 title to the "Key Largo•• subdivision lots, thereby causing a specific loss of a sale
 or sales.

Answer "Yes" or "No:" \£.>
 -Jff2'+<"'::;....._--

JURY CHARGE Page 10
 ..... ...

 QUESTION.NO. 7

 If you an8wered "Yes" to Question No. 6, then answer the following question. Otherwise, do not
 answer the following question.

 What damages, if any, do you find were caused by Kahn's slander ofHelvetia's title to the "Key
 Largo" subdivision lots?

 You are instructed that the amount of damages, if any, to be awarded should be
 those damages which would compensate Helvetia for the .loss of any sale(s)
 suffered as a result of the slander of title.

 Answer in dollars and cents, if any.

 Amount: l'?~f;t;Q
 $ r s

8
Ei
/

t
fl
l
4
v
0
L
....4,
t.
3
9
~I
G
 JURY· CHARGE Page 11
G
8
a
 • I

 QUESTION NO. 8

 Did Kahn file a fraudulent court record or claim against real property owned by Helvetia?

 You arc instructed that a fraudulent court record or claim means it was filed:

 (1) with knowJedge that it was fraudulent,

 (2) wi1h the intent that it be given legal effect as a court record or document

 evidencing a valid claim or interest in real property, and

 (3) with the intent to cause physical injury, financial injury. or mental anguish

 or emotional distress.

 Answer"Yes" ot "No:" fe2

~t,1·
J
7
I
al2
 ll

 JURY CHARGE Page 12
 QUESTION NO. 9

 If you answered nYes" to Question No. 8, then answer the following question. Otherwise, do not
 answer the following questiofl.

 What damages, if any, do you find were caused by Kahn's filing of a fraudulent court record or
 claim against property owned by Helvetia?

 Answer in dollars and cents, if any.

 Amount:

q
.8
/

'
/
2
()

.~i
v
0
L
4
~i
/..
3
9
p
G
 JURY CHARGE Page I3
I]
8
4
6
 QUESTlON NQ. 10

 Answer the following only if you unanimously answered "Yes" to Question No. 1 or Question
 No.3_

 Do you find by clear and convincing evidence that Kahn committed the conduct you found in
 answer to Question No. 1 or Question No. 3 either maliciously, fraudulently or through gross
 neglect?

 To answer "Yes'' to this question your answer must be unanimous. You may
 answer "No" if ten or more of you answer "No." Otherwise, do not answer the
 question at al 1.

 You are instructed that "clear and canvincing evidence" means the degree of
 proof that produces a firm belief or conviction of the truth of the allegations
 sought to be established. ·

 "Malic.e" means a specific intent by a person to cause substantial injury or harm to
 HeJvetia.

 Answer "Yes" or "No: 1'

p
G
 JURY CHAROE Page 14
8
8
4
7
 QUESTION NO. l 1

 Answer the following question only if you unanimously answered "Yes" to Question No. 10.
 Otherwise do not answer the following question.

 You are instructed that the answer for this question must be unanimous. Otherwise, do not
 answer this question.

 What sum of money, if any, do you find by clear and convincing evidence, if paid now in cash,
 should be awarded to Helvetia as exemplary damages. if any.

 You are instructed that "exemplary damages» means an amount that you may in
 your discretion award as a penalty by way of punishment.

 Factors to be considered in awarding exemplary damages, if any, are:

 (I) the nature of the wrong;

 (2) the character of the conduct involved;

 (3) the degree of culpabillty;

 (4) the situation and sensitivities of tile parties concerned;

 (S) the extent to which such conduct offeods the public sense of justice
 and Jlropriety;

 (6) the Defendant's net worth.
Cl Answer in dollars and cents, if any.
t3
/
~I Amount:
l

~l
4
v
e
~9
p
G
 JURY CHARGE Page 15

~
4
8
 . I . I

 Q_UESTION NO. 12
 ~
 Answer the following question only if you unanimously answered "'Yes" to Question No. 11.
 Othetwise do not answer the following question.

 You are instructed that the answer for this question must be unanimous. Otherwise, do not
 answer this question.

 Do you find, by dear and convincing evidence, that Kahn conunitted theft, if any, of property
 valued at $20,000 or greater? ·

 You are instructed that "theft" means that a person unlawfully appropriates
 property with the intent to deprive the owner of the property. Appropriating
 property is unlawful if it is without the owner's effective consent.
 A person acts with intent with respect to the nature of his conduct
 or to a result of his conduct when it is the conscious objective or
 desire to engage in the conduct or cause the result.
 ''Deprive" means to withhold property from the owner
 permanent! y or for so extended a period of time .that a major
 portion of the vallle or enjoyment of the property is lost to the
 owner.
 "'Owner" means one who has title to the property, possession of the
 property, whether lawfuJ or not, or a greater right to possession of
 the property than Kahn or Paradiv.
 "Property" means: (a) real property; (b) tangible or intangible
 personal property, including anything severed from land; or (c) a
 document, including money, that represents or embodies anything
 ofvalue.
 "Consent" means assent in fact, whether express or implied.
 "Effective consent" includes consent by a person legally
 authorized to act for the O\mer. Consent is not effective if induced
 by deception or coercion.

 Answer "Yes" or "No:"

4
2
3
~~
p
G
 JURY CHARGE Page 16
0
8
4
~'
 ·.,·.

 QUESTION NO. 13.
 ,!< ~ ,.,,_

 Answer the following question only if you unanimously answered "Y-esl' t<' Question No. 11,
 Otherwise do not answer the following question.

 You are instructed that the answer for this question must be unanimous. Otherwise, do not
 answer this question.

 Do you find, by clear and convincing evidence; that Kahn:

 A. intentionally misapplied the following owned by Helvetia in a manner that involved.

 substanlial risk of Joss to Helvetia:

 a. money, or

 b. lots in the "Key Largo" subdivision; and

 B. that the value of the money or lots was $ 1,500 or greater?

 You are instructed that "misapply" means a person deals with
 property or money contrary to an agreement under which the
 person hol<:Uthe property or money.
 ""(I{
 Also; "substantial risk of Joss» means it is more likely than not that
 loss wm occur.

 A person acts with intent with respect to the nature of his conduct
 or to a result of his conduct when it is the conscious objective or
 desire to engage in the conduct or cause the result.

 Answer ..Yes" .or "No:.., ~-+t;6~~--

 JURY CliAR.OE Page !7
0
 ,
....~·
r·)
Cl
 QUESTION NO. 14

 What is a reasonable fee for the necessary services of Helvetia's attorneys in this case?

 In determining a reasonable and necessary fee you may consider the following factors:

 • the time and labor involved;
 • the novelty and difficulty of the questions involved;
 • the skiJJ required to perform the legal services properly;
 • the likelihood that the acceptance of the particular employment will preclude
 other employment by the lawyer;
 • the fee customarily charged in the locality for similar legal services;
 • the amount involved and the results obtained;
 • the time limitations imposed by the client or the circumstances;
 • the nature and length of the professional relationship with the client
 • the experience, reputation, and ability of the lawyer or lawyers performing the
 services; and
 • whether the fee is fixed or contingent on results obtained or uncertainty of
 collection before the legal services have been rendered.

 Answer with an amount for each of the following:

 a. For preparation and trial: Answer:. s Jfl). D_QO
 I

 b. For an appeal to the Court of Appeals: Answer: $ .zqooo
 c. For an appeal to the Supreme Court of Texas: Answer: $ lD., O{)J)

 JuRv Cf-lAROc . Page 18
g
5
l
 , • I

 VERDICT CERTIFICATE
 'Check one;
 7 Our verdict is unanimous. All twelve of us hav
 presiding juror has signed the certificate for a 1¥ ~
 reed
 lo each and every an;wer. The
 'VL .

 --- Our verdict is not unanimous.
 have signed the certificate below.
 us have agreed to each and every answer and

 ___ Our \•erdict is not unanimous. Ten of us have agreed to each and every answer and have
 signed the certificate below.

 Signature Name Printed

 -J\·9·
 AHlrJ30
 I 0 :z Wd I Z H1'i ; ~
 A1Nn03 HVX3B
 >fijJl~ 1an.u-s10
 J\JR Y CH/IRGE A3HNl'>f51-/ A\f~lf"fiNOa: ·· Page 19
0 0311J. ~
 I •
8
5
~t
t.. Document
 : scanned as filed. .. J
EXHIBITB
 Texas Statutes

0 Texas Statutes
CJ CIVIL PRACTICE AND REMEDIES CODE
Ll TITLE 2. TRIAL, JUDGMENT, AND APPEAL
CJ SUBTITLE A. GENERAL PROVISIONS
Ll CHAPTER 10. SANCTIONS FOR FRIVOLOUS PLEADINGS AND MOTIONS

§ 10.001 CIV. PRAC. & REM. Signing of Pleadings and Motions

 The s i gn i ng o f a pl ead i ng or moti on as requ i red by t he Texas Rules o f
Ci v il Procedure con st itu t es a certificat e b y t he s i gna t ory tha t t o the
s i g na t ory ' s bes t knowledge , info rmat i on , and b elie f, forme d afte r
r easonab le inqu i ry :

 (1 ) the pl e a d i ng or mo tion i s not be i ng pres ented f or any i mproper
 pur pose , inc l uding to harass or to cause unnecessar y delay or needl ess
 i nc r ease in the cost of liti ga t io n;

 (2) e a ch c l a i m, def ense , o r other l e g a l con t en tion i n the p l eading o r
 mot ion i s warran t ed by e xi s t i n g l aw or by a nonf r ivo l o u s argument for
 t he e xtens i on , modi f i cati o n, or reversal of ex i s tin g law or t he
 est ab l ishmen t o f new l aw ;

 (3) each a l legat i o n or other fac t ual con t e ntion in t he pleadi ng or
 motion has ev i denti ary support or , f or a spec ifi ca l ly i den tifi ed
 a ll egat i on or f act ua l cont enti on , i s li ke l y t o h ave e vi den ti ary support
 aft er a reasonable opportun i t y fo r fur ther i nvest i ga t ion or di scov ery;
 a nd

 ( 4) each den i a l i n t he p l e a d i ng or mo tion o f a f ac tua l contenti on i s
 war ranted o n t he evidence o r, f or a s p ec ifi ca lly i dent if ied den i a l, i s
 reason ably based on a l ack o f i nf ormati o n or be li ef .

Added b y Ac t s 1 99 5, 7 4th Le g., ch . 1 37 , § 1, e f f . Sep t. 1 , 1 995 .
 Texas Statutes

0 Texas Statutes
Ll CIVIL PRACTICE AND REMEDIES CODE
CJ TITLE 2. TRIAL, JUDGMENT, AND APPEAL
CJ SUBTITLE A. GENERAL PROVISIONS
Ll CHAPTER 10. SANCTIONS FOR FRIVOLOUS PLEADINGS AND MOTIONS

§ 10.004 CIV. PRAC. & REM. Violation; sanction

 (a) A c o urt t ha t d e t e rmines tha t a person has s igne d a pl e ad i ng or
mot i on in v io l a ti o n o f Sect i on 1 0 . 0 0 1 ma y impose a s ancti o n on the
p er son , a party represented by the p er son , o r b o th .

 (b) The sanct i on mu st be l i mi ted to wha t i s suff i c i ent to dete r
repetit i o n o f the conduct or comp arab l e conduct by other s s imil arly
s i tuated .

 (c ) A sanction may include a ny of the f o ll owing :

 (1) a d i rect ive to the viola t or to perform, or refrai n f rom
 performin g , a n act ;

 (2 ) a n order t o pay a pena l ty i nt o court ; and

 (3) a n o rder to pay to t he othe r party the a mount of the r easo n ab l e
 expenses incurred by the o t her party bec ause o f t he f iling o f the
 p l e ading or mot i o n , inc l ud i ng rea son a b l e attorney ' s f ees .

 (d) The court may not award mo netary sancti o n s aga i nst a represen ted
p a r ty f or a v i o l at i on o f Section 10 . 00 1 (2 ) .

 (e) The cour t ma y not award monetary sanctions on it s own i n itia tive
u n les s the court issues its o r der t o show cause before a vo luntary
dismis s al or settleme nt of the claims made by or against the party or the
pa rty ' s attorn ey who i s to b e sanction ed .

 (f ) The fili ng o f a genera l den i a l under Ru l e 92 , Te xa s Ru l es o f Civ il
Procedur e , s ha ll not b e deemed a v i o l a tion of t h i s chapte r .

Ad ded by Acts 1995 , 7 4th Leg ., ch . 1 37 , § 1 , e ff . Sept . 1 , 1 995 .
EXHIBITC
 EXHIBIT C

 BANK ACCOUNTS

 Summation Sheets

 YEARS 2010 thru 2013

 Banks are Falcon International Bank and

 Randolph Brooks Credit Union

 1. Combined Balance Sheet-Helvetia Joabert and Contour

 Helvetia Account

Balance sheet for Income and Expenses for year and for bank

Check register per year per bank from bank statements. Information
carried to Balance sheet.

 Joabert Account

Balance sheet for Income and Expenses for year and for bank

Check register per year per bank from bank statements. Information
carried to Balance sheet.

 Contour Account

Balance sheet for Income and Expenses for year and for bank

Check register per year per bank from bank statements. Information
carried to Balance sheet.
 - --·-·-···-----
 BALANCE SHE '

 CONTOUR iHELVETIA !JOABERT TOTAL
 ..

 SALES 88,113.60 1,352, 332.39 20,571.26 1,461,017.25
 .... ... ·----~- -~··-- - -·

~· .--·· -···- -···-··· ·-

 - .. -·-· ...
 TAX 17.528.78 178,744.49 72,130.34 268,403.61
 JR 82,303.01 55,085.06 24,000.00 ·--
 161,388.07
 ·····-----~

 BK 599,995.00
 UNKNOWN 4,866.86: 5,959.19 ~. q.~826. 05 :
 SAVINGS ... ...
 JOABERT 9721 -- . ------
 CONTOUR 2918 --------
 CONTOUR RBFCU --- !

 HEL GOLD 7318 --
'HEL RBFCU :
 ---- -----
14412 HEL
. CONSTRUCTION 459,296.90 23,052.53 482,3-49.43
 OFFICE EXPENSE 4,018.81 10,809.37 62,515.25 77,343.43
 TRAIL 7318 123,000.00 ~ 123,000.00 !
 BANK CHARGES -----·--- 326.49- .- - - - - - - 190.00 261.79 778.28:
 PROFESSIONAL 5,060.00' 1,765.10 6,825.10
 ENG 7,773.70
 --
 1.729,53
 ··~---

 9,503.23
 -·- f--

 INSURANCE -·~o.~.~9- -- . ·-~ ···--· .. .... 30,0Ss.49
 AUTO 584.75
 -
 7,692.30 s.217.05
 IDEAL 240,000.00 240,000.00..
 TOTAL 606,980.93 1,235,743.31 176,053.50 1,418,782.74
 SALES 1.461,017.25
 DIFFERENCE i
 . - ... -----~-••-•ff•-·-·--·····--·
 OIFF (42,234.51
! INITIAL CK AMONT..,.. JOABERT 275.98
 ENO CK BALANCE HELVETIA -··- .. 614.17
 .~--
 ··-·--··-
 JR STOLE 22500.00
 BK ACCOUNT ~- ~-
 -_-18844. 36 .
 CONTOURS FEE 10% 48234.94:
 'CONTOURS OH 10% 48234.94

 DUE BK 77625.52
 -
 ··-··· .. -------...--
 '' ...

 -.-- ..·-··-· !
 -M--
[---------- 1---

 ..
 -· ...... -----
 !
 -·-·· - --·
HELVETIA ACCOUNT
 I
 1

 I
 !

 ~AT I2012F--120;3F . h~
.--.~-

 1 !HELV
 2
.___
 3 20101
 · -
 T;: . 2013R8 SA\1MGS !TOTALS !ADJ--... AOJTOALS
4 lNCQME ..
 ·-
~
 5
~ SALES
 7 JmKSOURSE
 921.86
 766.00
 38,i 108,954:47
 287.24
 sF:
 381,118.
 ~t==-
 I 14'.{gaool •12.. 1.32.01
 759~,
 . 1,352,332.39
 . 1,833.14 {1,833.14
 1,352,332.3_9.·

 8 BK
 9 #12 HEL
10 SAVINGS
 ·-
 -
 --·

 ,.
 I ~·.
 1~--·_ ·
 _
 7 900 00
 ·

 ..
 . .

 f · .

 2<.000.00
 ...

 I
 1,068.~ ,000.00

 i2.23a51 I 485.16=± s2i:!~.~~ csJi::~
 ~40,000
 2.~.66

 ..oo ~0.000,00
 cs.114.46 (3,645.a_g

 I
 1·==
11 7312 HGOLD .
12 JOABERT 9721 +~
 -. . 40.000.00
 . I. . . . . I 19.981
 -,- ,
!_5~
 ~.·
13 DIV
rn·tNAT -
 .
 -· :
 ! . . . . 1. . . ~.
 -
 5.81.
 ~~-
 130.53 156.32
 ·====+-~ 156.32 I

~. TOTPllNCOMI( 39,713.88 ~--+ 100.•204.41 M~,220.92 .· 486,29~925,742. .o8
 109,241.1,. . 435,008,551 (576.8991711,348,842.SJ

 .- ~ -~

 I
19 OUTGOING . j . -_J _.
20
21 TAX . ----t· 18,770.70
2.2 ~. ----t. . 12.•0.00.00
 . ~·
 . 20.000 . 00 . 13,577.06.
 J===- ~.
 I ~· 9.soa.oo 1-..
 -~·
 159,9:g73.79 .
 .
 178,744.49
 .55.• o. 85..oo.
 ·--._
 ___ 178,744.491
 ss.085.06
23 BK ~. 3,579.82 . 12,081.64 s,714.46 (5,714.46
24 UNRNO~~ 2,100.00 4.ooo.oo -_ .. . .. · .. s,700.00 . . {1,BS3.14 4,866:86
 =.
25. sAv1NGs
26 JOABERT 9721
·~~ p0N1'0UR 2918
 2,400.00
 . .
 5,400.00
 15,~.00
 . /
 153,692.4g3
 _112,100.00
 5,000.00
 .·.
 I. 120,000.00 .
 460,000.oo

 50,000.00 110,000.00.··.
 4ao,ooo'.oo
 166,49;!.43
 467!100.00
 . (521,401.51

 .
 (40,000.00
 .
 (61,401.s1
 12",492."3
 _467,1. 00.00

29 HEL GOLD 7312 150,000.00 . • I 150~ 150,000.00
~~ ~L I -~ . .. =t=2.,000.00 . ==---=+==. . 36,239:~7 I ~8;239.571 . . (7;950.00 . . 30,289.. 57
_32!CONSTRUCTlCN1·
33 OFFICE EXP .
34.··TR~l.L7318
 :
 .----;;n-nnf-. .
 I
 + I
 .
 -~ . ~20,000.00
 ' .. - .. 1~~.427.50
 50.00 • 10,759.37
 1 . 23;052.531
 .. 10,809,37
 -
 __ '
 23,952.53
 10,809~37
35j8ANKCHAR~ES/
 · :
 ~+-- -r--: +-. . 3,ooo.oo . . 100.000.ool· 123,0.00.00 -- . .ti.000.00
 ROFESSIQNAL
 .
 . , _ ·-r-
 170.00_ _
 . -+- ..+ ___
 ..
 .
 _ 190_.00. _ _ _J___ 190.00j
 _i_ _

~~RANCE~±= - t== ==± i=-- .• . . .+= ===±=. I =
:~~
l!W~ .
 . ..
 I 39,450.52
 . I~9.49
 ....<20:00
 ±==-±- . .~.29_2.57 I ~.925.127.91 ~76,89917~40.000.00
 =± 10.000.00~~0. ,242.30
 240.ooo.oof- _240,00o.ooi .
 1.348,228.74

·43 DIFFEREN~E 263.34 (54,470.. 94
 64,82.1.8.1 (10,000.. ooi 24,021.38 (24,021.36' __j_.. 614p --· 614.17.

 _··--2·. ii
44 INITIAL CK AMO 0.00 263.34 65,065.15 10,614.21 24,021.38 _.l 0.00 614.17 614.17

m
~
-
 . . ENDCKBALANC. __ ·--iss:-3_4
 BANK BAl.ANCE .. .
 OITION ..
 1
 263.34
 0.00 I
 65,08_6~15 1.0.614.21
 65,08~.15
 0.00
 10,614.21
 0.00
 614.21
 61_4.21
 0.00 .
 ?4,021.38
 2-4,021.38
 o.oo.
 -
 t = '
 0.00.
 ~~-00
 0.00
 614:17
 .
 ------S-.14.17·1
 --··
 . 614.17 _ _ 61417 · - - 0.00
 (000,

4 . . . . . .. ·-- _ _ .ERR
 ·--
 HELVETIAF '*LCON ...
 Date AMOUNT.... Payee WtREINCOI CLASS 0ei>0s1t ;who Bank cfutrge Interest Balance ··-
 ' -·~ .... - --~-

.-·-. --- .. - -·-- --····~-

 2010 -1onainal Original ..
 01/01 1432.00 TAX 19259.60 ADAM- 17827.60
 -
 01/01 1432.00 TAX -·- -· ···----·
 16395.60
 01/01 1432.00 TAX ---- 14963.60:
 .. -- . ~-
 ~~

 01/01 1432.00 TAX .. - .... - .. 13531.60
 -·---
 01/01 '1.432.00 TAX - -
 12099.60 .
 ··---- - ......
 01/01 1432.00 TAX .• ------- --
 --~-

 10667.oo
 01/01 ..
 1432.00 TAX ... .. .. 9235.~
 !
 01/01 1432~00 TAX 7803.60•
 . .. . I -·· -- ... -
 01/01 14~2.00 :TAX - ....
 6371.60
 ---· :
 01/01
 01/01
 1432.00 TAX
 1432.00 ,TAX··· .
 1432.00 1TAX
 ·--

 -·
 .. -
 -···-
 +- .... ...
 4939:60
 3501~6cf
 2075.60
 01/01 - ... - -··
 '
 2075.60
 01/01
 02101 1432.00 TAX
 .........__
 TAX
 --
 I
 I
 .. -· . -l--I
 ---·
 643.60
 - i
 ·-· .. ····-
 643.60
 02101 TAX
 l
 --- 643.60
 02101 .. ··-
 ·-·
 03/01 154.70 lAX -·
 488.90
 '"

 03/01 I 488.90
 04/01
 ... ---·- I i
 -- - ···-
 488.QO
 -· .. ···-·
 041'27 2579.82 TAX BK.TAX CEF TTOBEX 19668.26 ADAM i
 17577.34
 04/21 1000.00 9721 ...., .. -·-
 16577.34
 05105 12000.00 TXPMR
 --- 286.00 UNK 4863.34
 ~D .. 4863:34
 ERR
 - .....
 4863.34
 ·- ..
 07/01 1000.00 -·9721 3863.34-
 --
 07/01 ... .- ··- -- --···
 3863.34
 07f01 - 3863.34
 08/01 1000.00 BK - - -·--
 2863.34;
 08/01 ·· __ ~---·- --~·-·
 2863.34
 09101 - . 2863.34
 !
 09/01
 ·-·- - ·- --- 2863.34
 ·- ----
 ...... _g, if
 2100:00 ! JOABERl
 ·-~.

 10/01 '
 --·-
 : ... 163.34
 11/01 163.34
 - ··-·
 12101 400:00 9721 ---···
 S00.00 UNK ·--· -····
 263.34
 12101 263.34
 39450.52
 ---- ---- .. - 197533.74
 ERR .. I 39713.86 -· ·-··-··
 i 263.34
 ··-· --- ..
 39713.86 39713.86 ·--
 "
 ; ... -,

 ... - ... -·
 ;
 ... --·-·----- ... ·-
 38927.86 income
 .. :
 ...
 786.00 UNK -
 ·--. - ...
 ;
 .BK ADV :
 ... - -·-~ . ·-·
 ------- ····-·-· ~. ... i
 -- ··-····
 39713.86 TOTALINCC 'ME '
 ..j_,_

 ~-·
 ...___ -- .. -·· --···· ..

 }----..:.. ... -- -·--- EXPENSES
 ' ·-
 . ·- - 21350.52 TAX .... ,_
 ·- i 12000.00 JR I

 i UNK . -··-·
 ---·
 ...
 ·-
 ... -·- ·-· .. ··- 5100.00 9721·---·--- ··~

 ... ·--
 1000.00 BK
 -···~·. -~--

 -· ·-·· -- .. .. .... -···
 .,
 ---- ·-· 39450.52 -- ··-· ·--
 •···-·
 --39450.52
 -0.00 ----··
 HELVETIA t "LCON
 Date AMOUNT Payee WIRE INCOI CiASS Depo$it Who Bank Charae interest Balance
 !
 - - · ___,___ _ _ -+----+------+------·=o.oo 0.00 · ------+--- 0.00
 0.00
 0.00 Origiri81
1--20-.-1-1-+---- · - - t ' - - - - · - - - j f - - - - - - - 1 - ··
 Original 263.34
 .. _.____ _
l - - = " " - - ' - - 1 · - · · - - - + - - - · - .. · · - + - - - - - - + - · - - - - 1 - - - · - - - j f - - - = - - - +~>-----+- ~
 01/01 263.34
.........,,0-1/0=-1-+----+-----·+------<-----<>------ + - - - - - + - - - - - + - I 263.34
 ·-------···--+-----+----···-------i----·-·-+---+-----o-1
 01/01
,______ _....___ _ _-+--··-· ~--+-----+-----+---···-·--+--~ - - - + - - - - - < - - - + - - -263.34
 ---<
 01/01 263.34
 01/01 '
 - ------i--.,,2=0-1s"""2-
 ..1"'"3+SA:::-:-:-l=E,---·-+-------+---=20415.47
 01/01 I -----'---·· • ~--!----··· ·--+-----t-··20415.47.
' 01!01 -+----->----'--·· -->----+---·--~----+-----+--- .. ?0415.47
-0-1/_0_1_____._______,__ _ ___,______-+-----t-----l>------+,-------t--· . 20415.47
- - - - ' - + - - - - - - > · · - - - - - - - - - - - · · - + - - - - - + - - · · · · - - + - - - - - - - ---+----+-···
 01/01 20415.47
h-='--'---+-----1-------l------l·-···---------+---.. -+-----<---+--------=-1
 01101 20415.47
 01101 i 2().415..47
!-------,'--+-----+--- ---+------+--·- · · · - + - - - - + - - - - - + - · .. - · - - - + - -
 01/01 20415.47
i--.,o-11-=o-1--+----+---~-----+------1----',-------+--·-- --+----+ - 20415.47
'-ow=-1~1-----200-00~.oo~+. J~L~R----+---··· · · --+-----1--- ··-+-----+ ------r---+-
 ·· · 415.47
 -··----+---<··-
 02/01 400.00 9721 10.47.
~1--+--'-'-'-'--+----1------·~-----<-----+------+---- 15..47
 -----+------+-----+-·· ···---+-----+-----1· · - - - - - - + - · ·--+----=-'
 03/01 i 15.47
 0310_1_+------·+-----l--····---t----__.._----+-------r--------+--+-----o1=5.~47="'

 04101 "287:34 ~i:r . 302.81
'--04/0--1----+------· ~-----+-------·-+----t-----i--~---1c-----+-- 302.81
' - - - ' ' - - - ' - - + - - - - - ! - - - - - - - - - + - - - - ..... ··- : - - - + - - - - + ----+----·-·-
 04/01
~.o:-=51i-=-01.:....-1-----···+---------···· ·· --+----1----+-,- - - - + · · · · · - - - - - - +' 302.81
 a02.a1
i-..:o=s=to:..:.1--1---------1--- -.....!-----+----- ·-· - - - - - - ·····-r-----1--·· --+------030~2.-=-071
 1

 0510.1 302. 81
0&01 -· - - - - ! - - - - + - - - ---+---"-t--------+----30~2.-81_,
 05/01 ' _ _ __,__ _ __._ ... ---·--....----+----+-----
 . ·-06/-01_.__ 302.81
 302.81~

 07/0...,..1--+---~------+---···· .. -----1.-2-11~9---5_.,..99--1-=A...,.,,S----+ ·- -·-,10-_-oo,..,_...._ _.,... __ 21488 70
 07/01 -l------+-----1------<----= - - - - - + - - · · · .. 21488.70
 07/01··· ------<--··-·--+-----+----- -----11------··--1-----+-·· .. 21488.70
J.._:0:.:..7/0::.:;..:..1--1------I------ ...._ _ __,__ _- + - - - - · · · - - - t - - - - · - - - + - - ! - - 21488.70
,__0-7/0~1--+------+-----+---· ~-----1-----;c------t----·· -···--.---t--~2-14~88-. 70
l---o-'-1-10.:..1-+----+----------"-,----+----1----+, ··----1------r----2,...,1,..,.488==-c.1=-10
i--:0:...71-=0.:..1--i------+-----+-----+-·-······-·i-E-R---+--··-·-·--+----·i __ 21~:.?Q.
~0:.....81:..:.0..:...1--l------·--+------1---··--·-+------+-----·~.----+--------r--- 21488.70
1-'----"o'--81-0-1-+---40-00-_-00~Y-N-K-NOW--.N--+- -· .. ·--+---1---2-191-5-.49-<-E-RR_O_R_·- • ·----=-10::--.0=0-r;- - - ... - 39394.19
~·
 09/01 ' :
 • .- ···--+----~---t---~f----••·r·---t-----+••----;---;o==-::-=<
 39394.19
, 09iu1 39394.ll:t
J........:1'--0/0~1-+~1-5-00Q---.Q0-+---~29-1-8+----+----1-----1------+---- -T----t----c=24J--o=94:-::--:.1=19
1
~1-1;~0-1-+--..,.5"""00~0--=.oo=+--=97=2,._.1-+----+----1------1~--···- .....- - - - + - - 19394.19
 12/01 -+-----t------=2~28~45-:48-t-o-NA~~F=G=---+----+----1-4-22-39-.6=1 1
i--:1.::;:21'.,:;c0"-1-+----+-----+-----+----+~22=545'--""-_·48~.~NA""'~~F='G~--+ · · · - - - + - - - ! · · · · · 66085;15
1------=...:c....-1--------l'--··-· ----+------l---"-
 2013
1--~"--1~ .... ---..· - - - - + - - - - · · -----+----+--·- !
 -----t---·- .- ·----;--------- ..
 2013
1-----'--+-----+-~----~-------lf----+-----+·----+----··-·t-----r-----·· . -----
 2013
c---2=0'-'-13=--if--fs.400.00. 22360J~.O.+----·==o=.~oo::===o:;.oo~...._..,,1()9~=24~1-.e~1~
 ___-:::_-:::_-:::_-:::_-:_o-._oo-~..._-___
 __,_2~0~.o-o+---0.~oo-=-+----_-_-<

 INCOME
 -----+-----·-~ INCOME 108954.47
 UNKAOD: 287:~,...,;----_._ __ ·-·---1----+-">----i
 __________,__ _ __,__ _ __._T_OtAC. 109241.81 ·---r-----·
 f----+------+------'-······ --+o-R=IG=·-,NA~.--2=53=-_~34.,-1----·--+------r--1-------1
 --'------+=T=pT=Al,...,. IN 1~505.15. --------1--- ·-·· - . . - - - - - - ··-
,___ -t-----------+-,----+----;--~-----..,------;-----+ ------1---··-
 ~-----'------+---

 ~·---'------4---

 ~-----+-------+--- ···-+--- -··--
 -- -·-
 1-- • . . . . : - - - ' - - - - - · · ··--+----- ~-1-----+--- ····-
 - - + - - - · --+----· +----

 ~···I ··--+---
 i
 --;.-,~~-+-'="==~c+-----r----··-· -+'------
 .... ..
 HELVEl'i4. .FALCON
 Date Checl< No Payee ·WtREINCC CLASS
 ·- Oeposif Who
 ..
 Bank Cha Interest Balance
r---;-- I

 .. ··-
 ... -- .. --·
 2012 OriQinal Original 65085.15
 01/01 .A 20442.82' 85527.97
 ··- ·--
 01/01 'F 22834.95 I 108362.92
 01/01
 - 136383.57
 A
 -- ' 28030'.65 ~
 -··
 10.00
 01/01 F ; 47205.62 10,00 183579.19
 01/01
 - 1694.28 9,721.00
 -
 10.00 181874.91
 .. ---
 01/01 2870.-48 9,721.00 ...
 17900.(43
 -·
 01/01 43919.65 9,721.00 '' 135684.78
 ... . ..
 01101 257.82 9,721.00 I
 ... 134826.96
 - ·-
 01/01 712.39 : 9, 721.00 134114.57
 01/01 1237.81 9,721,00.
 - 132876.76
 ·-· --
 01[01 4000.00 9,721.00 -·
 128B76.76
 01101 12000.00 9,721.00 10.00 - .
 116866.76
 01/01 14000.00 2,918.00 102866.76
 ··---
 02101 ·A 30414.16: 10.00 133270.92
 !
 ----
 02/01 F ...23548.50 3850.00 4412.00· 10.00 160659.42.
 02101 4000.00 9,721.00. .. . 158860.42
 03/01 150000.00 7,312.00 6659.42
 03/01 1500.00 2,918.QO
 --
 5159.42
 04/01 F 47104.77
 ·-
 ---··
 10.00 52254.19
 04/01 A 28457.90 ... .. 10.00.
 .. "
 80702.09
 04/01 6600.00. 2,918.00 --·- -- ---
 74102.09
 05101 'F 47153.62 10.00 121245.71
 05101 F 23616:86
 -- - 10.00
 ·-
 144852.57
 051'01 F 23616:86
 '" ' 10.00
 ··-' ... ...
 168459.43
 05/01 F ..
 23633.49 .. 10.00 192082.92
 05/01 3000.00 9,721.00 -·
 189082.92
 -·-·
 06/01 21058.35 .. 10~00 210131.27
 06/01 5000.00 9,12·1.oo 205131.27
 ···-
 06/01 ~
 20000.00 9,721.00 ---------
 20000.00 9121:00· -·
 205131.27
 06101 20000.00 9!721.00 -- 20000.00 .. 9721.00. .. 205131.27;
 06/01 20000.00 9,721.00. 185131.27
 07f01 150000.00 2,918.00
 -- 3513127
 -· ... . ..
 07101 ·- --. -
 35131.27
 07/01 35131.27
 08101 5000.00 9,721.00
 --- -
 -··
 !
 ..
 30131.27
 08/01 .. 9500.00 JLR - . - -- 4000 - . 20691~27
 09/01 4077.06 JLR TXPMR
 -· -- ·-
 16514.21 ,
 09101 10000.00 9.72LOO -· -- 4100.00 4412.00 .. ...
 10614.21
 10/01 10614.21
 ·····- ···- ·- ~
 -
 11/01 10614.21
 12/01
 -·-·. - .1.0614.21
 - .. ..
 12/01 I
 - 10614.21
 489369.49 387116.55 ... 47950.00
 --.
 170.00
 .. - ... .. '
 '
 ····· .. -. ----- .. -. -----

 .HElVETI 4.41200 M7.111J°!55 income
 - -·
 JOABER 153692.43 9,721.00 --~.ooo.ocf 9721.00 initial ---
 HELGOL - .112100.oo· 2,91a."60 7,950.00 4412 HEL
 •· - ...

 .. -
 13577,0S jj_R:--~--- -··
 435,068.55 TOTAL ·--- -· I

 150000.00 7.312.00 ~89.369.49 SPENT
 170.00 BC
 ·-
-. .. I

 f . I'" ......... P
 489369.49 TOTAL E
 9721
 489;539.49 TOTAL SP NT
 i (54,470.94 BAL
 65,085.15 INITIAL ~
 ----·· -1
 I
 I loK . ..
 10,614.21 BANK ~n:~EMENT_L__
 .. i
 I _J
 .... ~-·· - ---r--·· ---,
 ---+- ---~!· · - - u•'- •••"••'·-~ .. •• - "•• --~
 D0p<l_sit_·~"Y_tlo __ B_;:1_nk Char_~ lnteres ~Balance _ ~
 --1-----+- : ERR ERR'
 i---
_.--l
 --·· -· , - ·-----· ; - -- - '-·___ ERR.
 2013 ---+-=OHglnal ·-- 9~inaf=-= ____ .
 01/0~1--+-- BKAHN ·10014.21
 01/01 · ·--:--·5oottoo ··9121 I --+--
 ·-: -5614.21
 crrnw
 02101
 I --+------
 ........... +:-·==-=--=--=------ +--- 561421
 1------.-
 5614.21
 <Wo-.,-1---+-- - - + - - - - - · ··-· ---+·-- -·--·!---!-
 5614.21
 ·- 62101 ---- ·--- ·-561.(21'
 - 02/01 - ·----- ... . -·---·------ -· -·- --~ 5614.21"!
 I 02101
 ·-03701
 . ·-·--,- . - - - - - ••.
 +----
 - - - · ··-------+--- -1- ;. :~~-- . ---+--56 .21
 _ _,_ · - - - - - · · - - - - - + · - - · - - +-----
 5614:21
 03101 -+--se'-"-14.21
 -··---··--- t-----· - · - - - ·-
 04/01 --+-·---..--- _ _ _ _ _....._.. _ _ _ · - · - - - · - - - · - - - · · · - · · - - · · 5614.21
 04/b=--=-1---'-- .____,__ 5614.21
 ·-- -----·- ----··--!-- ·····--·----0014.21
 04/01 -- -----i---+-
 05/01 3000~00 731"8. 2614.21
 -----·. ----··---
 , 65Rf1- 2614~21-
 --05/o1___.__ -------- ----- ····+----..
 ··· 2614.21'
 --+--- --+--·-·· . - - - - · - + - - -
 r· 03101 '
 --2·s1·4.2f
 c --- 2614.21'
 ··----· ·--·-·· j----l--···2614.21
 04/01
 04127 - - - + - - - - - - - -·--------+--- ···-2614.21
 --· ·---------- --261~'-2-1
 04/21
 ·wos , - - t - ---+--·-···--·
 2614.21
 OS/Os ·. ·--. --+--· -----··. ------· --!-
 2614.21
 ERR-,--- --·· - - - - - - - - ..
 --~26"14.2f
 -····- .... __ ,..
·'-~-- ~?!Q1 --- . -;r- - ..
 -· . _ 261421
 _._ ___ 26:W~21
 07/01
 1-. 07~1 - - ------ - - - I
 ----<
 ----- - - - - - 2614~-21
 i 08/01 2614.21
 ; 08101 ---2~oo=ct0o ~TRAIL7318_., - 614.21

 0~ 2/9~/0~___g 1~- - _1Q~O_____o_ 001- ..
 1 --- ._~· -- + - - - - - - l ~
 1

 -±. 3
 - ORlGlffAL 10614.21. - --~ - ·---,

 _ _ _......~_--_-_-_.-._: ~~E ..
 1
 ~~:~ OK_.

 1 ...
 -- ·--· -~·-- r-:-~ ~R ~~~L~tk.~ViNG- -=-_;_~ C -• -

 ~ i} - _
 20

 /06 - - --·
 HELV _ _ .
 ---
 = -t-~------__ - ~g::·~
 -= _-·---1- --- . -~:!'~ J 2_5000.oo O
 25016.24
 '09/07 ---- ---- - - - · - - · - -- - . ------ --- :25016.24
 "10100 -- -- ·- - ---·---- - . - - - -- -·2501624
 - - ---· ------·· . ---- -
 -- ---- .. - - - - -
 !----+--- - - - - - - --- ··-·" · · · - --

 --= _, :
 05/09 ----

 CONTOUR
 ---1 - ~-·__·-
 -_ _ 50000.00 _ _ --_ _ _ _
 coN-fouR
 : _ _
 -~-- ·11•00
 -- c
 - ·_ -- _- _

 ---- _ _
 ·2111•001

 m~:-~!'
 07/12 --- - - - -- - --0.88 161140.95
 07112 - ·--- CONTOOR 35000.00 ·--- · - - - - - - ' ------ . - 52.87 ' - 126193.82
 07112 CONTOuR .. 25000.00--- - - - · - - - - '--· ,___ - ~193.82
 01112 - - - - ··--··- - ----· · ·----- ·--------·----- ~193.ei

 !Q8J13 ___,.____ ··--· - -.. --.-CHECK 200000.00 ----· --301193.82
..--.: 08/13 . -----·--· CHECK . - soooo:oo · --- - . 35119ia2
 ,)8/13-. --IDEAL--··· -~0000.00-· ---·· -·- · - - - ·----.. -~ .. ----~·-·-·1ffi93.82
 09/14 -~--------- ----- .. ·-- - ---- ' -11-1193.82-
 09/14 -- -·--------·-------- BkAHN -·-- 1000.oo ~- 112193.82
 09114 - --CHECK-·- . - ·3000:00: ----·---·· --· . - -- . fo9193_a:Z-
 09i14 ----i-RA1_L___ 100000.oo . --·----. - - - - .. ---· - - ·-9193.82
 09/14 CHECK___ 8000.00 ···-- 1193.82
 · 09114 · - - - · - - - - - ·--- ·- ·1193.ai.
 1oi16 CttEC~- -1239.v7 --- -------
 ====· .. 48.0o
 ·---
 ·- so.7s s3.oo
 1011.f?
 10/01
 - __ BKAt\N_---= 53.00 _

 ---
 ---· -=·~~
 -
 ··---o.oo
 0.00
 10161
 1W01
 --- ·---

 110ro1 ~T~~
 ---~=-- --~~.·
 ··---·-·-

 ~-51 -~~i~-
 --------··
 - - - ·- - ·-; ; .
 ------~=="
 - - - · ..
 ----=--=--~ -- -·--- 0.00
 QOO

 ~:g~-

 - -t-·---f~~ . ~6~~~:: ~N~EREST
 1
 --·--- ~:~~ --·-~- ~-- - -~---:

 c_f
 _ eK-=t ~::: ~ ---=-.
 -~=i"E
 __J_ __. _ _ _ _ _ _ _ _
 -- 48~2"~~
 .- E ' --
 ..__~tt-......L_._ _ _ -.--"'"-
 •
 , ____
 -~
 -·-·---

 ...
 '
 "•
 •
 - ,... ·-
 -·-·-·· ···--

 ···--. -··· -·
 HELVETIA RI :IFCU
 RBFClJACci UNT
 --·· ··--

 j
 ---+-. - _r_-. l'- . ;·- - :-
 ~

 ~~··

 Date Check No Payee WIREINCOM Deposit ·i:fank Cha 1 Bafance--
 Who
 ---· ·-- --·· ·- .. ··- . -·-·- . ·-· -·· ··- -ERR
 - ..
 --- ·····
 ~
 -·--- -- +--,.--
 .. -·-· - -~· -
 2012 ·-· .. ·-- - ·--·
 ----+-q~gin ()rigin_a_i_- -+--
 +-. ·
 07/01 ·---~ ·-·- - 23564-27 23564271
 07101~- 23579_93 47144.20
 .. -·· ....
..()8J01 2883{66 75975.86
 08/01
 09/01
 ;
 -- ________ ,, ___ --25000.bO CCLC 9975.86
 23533.45 74509.31-
: 09Jo,j' ;srATECOt:ff.R6Lla; 50.00 -1001.00: -. -4459.31
. 09/01 BMK FEE WALL 4500-00 1oo~:QO I ·----+--69959.31
-()9/01 PEST ··--·320.03 1003.00 2.3535.7 93175.01
 09/01 . -· ····----·- ·- ---- ·--
 9506.00 JLR 83672.82
 ·--
 09/01 25000.00 CCLC -
 58672.82 !
 10/01 NEW LEAF WALL 5000~00' 1005.00 ·- --53672.82
 --
 10/01 NEW LEAF FENCE 1500-0Q+ 1006-00 5211'2.82
r-f0/01 20000,00 CCLC 32172.82
r-10/01 -·· -
 -~-----

 10000_00 CCLC
 .. -- - 22172.82
 11/01 SAVINGS 22153_ 56 24000.00 ---68326.38
-1210-r--- -- --··· ---
 40000-00 CCLC i 28326.38
:n10f-·•s-tRucr10N
 ··-
 LAsbR 4305:00' 1004.00 24021.38
TOTAL~ 145183.03 6021.00 145198.60 24000.00;
; - ··-··- -· ..

 ... ·- ... .. --
[9TAU: 120000.00 cci..c ' :initial- --
 ---~ - ·-·

 .... -·
 15625.03 CONST 145198.60 income
 24000.0o deposit· -
 -· ------j
 9508.00 JLR
 ·-- .•.. 1 DIV ----· - -__,.....__-.. -.. . - - + - - · - - -
 -··--- t---- .. . ··- .- - ......... -··
 :re
 ·-· -··· -·----- -·-
 50.00 off··--- -· ...... 169204.:
 145183.
 ~~------+-~~--+- _ 5.81 ~I
 --·--· ---- --
 """'~±
 24021_

c----·
 · - - - f· --

 ·-
 .. ··--
 ·-· ·-·-· I
 ·--
 i
 . -
 2402f~38

 ·"'
 -
 balance
 ---+-
 ·---+-+--

 •.
 -···-~

 •
foa~te-
 P~-e-- · ---~~-t----~
·---
,__ --·-- -·---~--- --
 - - - _ __._ ___
 .

 ...
JOABERT ACCOUNT
 !-
 ----+r;3~ j
 l2012RB '-=-.R ·. .·.1.SAV~GS
 . " . .
 .1TOTALS. r~-----+
 I .
rt;~.sou~;309.e2. I 1~ ·~· · · ._ ·"! ~9.12688
 61 SALES ' . . . -r-- "

 ~ l I . I I (5,t59.19f13,167:6!
 <ooo.oo.
 r ·
 1
 (500.00

~
 4412 5,4'JO.oo.;"
 . H·E·L. 2,400.C(.fl s.oco.oo.:- .. . . ., 4~
 113,692.431 126,492.. (12.6,492.43. .
 I I " _J
1
 .
 SAVlW.GS

@~?teERT97
 .

 1
 ·-+-·10,000.ool- 10,oco.oo~!
 1.·3·1. 2H GoLo ·.
 .
 I

 ,·
 '

 , 414.7l --j ._
 I• 20.oooooj
 4147_3
 czo.ooo . ·oo _
 (~1.4.73., =J _ J.

 ;~j:JNo* I s,(l)O.oo' ··~-·
 : · .· ·· $, _. s,oonool . [ 5,00GJaj 1
 1

 .
 .J

:mT61~.· 6,705.6:2:! 25.221.261•2~ 15.000.00!··1 · E . · .m"""ll4l('53.366.35J. 1.7.667:~ 1

 ;~/o~_TGOING. _ ~ I I ==-J
 TAX~. 6,171.~3,316.82 ~.
 j /- .. _ __ - . ·.
_21
 ~· ~~ =+I .. 3,442.61.
 I !00 .02-t="'OC.(D I
 9,199.271
 .
 =!==-
 ~i===-.
 72,,1·30·.....34.. .
 24,= I 600
 ..
 001
 '· _72,130.3{)
 24,000.0?.I
 ~: ~~~~~~N I 5!E59.191 . 5,95€.1~ I (5S59.19' ·-==\
 ~2=9r c~1.<J00.001
 . --±=-
 29 HELGOLD7_ _-_
 ti .4.ooo.® - ·: ~·. ~~:oo -1 1,000.0<?_
 I . ~~
 (20000.00X (19iooo.ro_·
 30 HELRBFCU
 -==--- .
 _ _' _· . - 1 (414. 73

 33
 j__ -_
 31 '4412 HEL
 32 CONSTRUC1}__
 34 TRAIL 7318
r 35 BAN< CHAR..
. 38 PRCfESSIO~
 I
 oFFc.e__ ex.PJ 4,394-. .sa. l_·...
 3009
 168.10 1
 1
 ~.•22__ 31 I
 10.00
 U97.00
 2a,320-
 191.iOI
 I
 ,c~
 I
 13,328.02
 30.00
 .
 .
 E-
 t==
 _- _ .
 ~-
 - , 53,90s. 25_:
 261.791
 1,565.10!
 . (126492.431 (126'.-492.-\13'
 1
 ' ··-~
 !
 r
 }53.9-

 .
 53,91~-~~~s
 261.~9
 1,565. 0:
l?ti ENG . -- . 263.211 1,4~::;2 ". . 1~729.53.. . I 1,729.53 'I
rJS· INSURANCE . I .
 : j\um · i=:5s30 -_~57.:t: 3,962.so j 2.s11·~001 _ . _.. _ _ · _ 7,692.30 !· _ ·I 7,692:~
~ TOl
 . AY·_~ a,mo9a·" 2•.il8ti.l 111,257.l8 I 29,:!74.29 J .. I'to_ }"AL _ E I 112,ilouo c15,l,$S1 .62j 10,431..15-J

~43"DIFFERENCE (1,38536~
44 INlilAL CKA~ 2,04544/
45 .ENOCKBAQ_'66o.os_
1~1~ANKBALA~0.-08_
 j_
 " 1,140.41
 360.08
 "1.~00_ .49·
 ~,800.491
 12.~49.~8 1 (14!~74.29
 1,800...J9
 14,650 . _2_1_
 14,650.~~;,ea_
 I 14,€50.27
 ~J5.98
 I . ~-
 .
 !_. .

 -~-
 -_ " . ..
 .~7~.46~
 I
 .
 2.045.44l
 j 275.98
 (414.73) (}.769.-l6
 275.981 2,045.44
 (1. 38.751 275.~Sl

1:~1CONDITION _ _ .n~, :i " o:~o.oo! -
 I --+- ·[
 I,
 275.98
 D.00 .
 J--275.98.
 (138.t~rQ.\lJ
 l .JOABERT. FALCONTOTA[s··- · ·· ·1 -- ······

 ---.··=·~~-~~_ 1_·F·--i~i2-0-12_F__--_+2-0-13-F--+-2-0-12RB 1TOTALS:~....
 1
 [--.. .... _ _, 201_0_F_
 ..-·_ ____,,_20_·1__ , 2013Ri!_ ·
 .: INCOMJ: ~-------;.--
 ... - ...-- .... · · - - - - + - - - - - - - ! - - - - + - - - - - - · - - + - - - ···- - .. _____ -
 -----<-·-- ... ,,_____ ---·-- - · · - - + - - - -
 I SALES
 UNKsOLIRSE __19, 1?£?.88
 BK--·· ...
 4412 HEL "...?.400.00 126,492.43
 SAViN_G_S_·_ _..___,
 /Jl-~· H l:JOLD
 J0ABtRT 9721
 - - - - - - -·· - -·- -·-- 10,000.00
 414)3
 10,000~0........__
 .. ·_·--_·.. =--· -·---·--- 20;060.00.

 ALAMO
 ...--00-+,-----..
 5~0-00~

 2~~-1.0Q.
 .. __,. ______ _ ___ . __ 414~73
 -5,000..00
 TOTAL INCOME
 ............· - - - ! - - ~ .. __ ,,_1!:!.C-,~07.1~=
 ---
 "l_G,o(Jti~-00.,....,:.,___
 --·---·- . - - - - + - - __ .17.Yl'.l4 04
 - - - + - - - · - · " .. - - - - - - · · . ... --·---·.
 ---~-.· ....... ___ _
 'i"AX (3;#2:§1 (6, 171.64 . (53 ,316.62 (72,130~34
 JR ----·· . ·--·- +--~-,-!---{?~1 000.00 -..:·_..J.?.~. 000. 00
 BK (500.00 - - + - - -... ,_ ... _ _
 '
 . --··~···
 (500.00
 UNKNOWN _ ___,__{!:>~,9-offT9 l
 SAVINGS .. ~---~---·------- -- -- - - + - - - - · .. ····· · - - - - + - - - - - . - - - - - - - - - ·
 'JOABERT 9721 ----+----- - -· ··- - - - · ...
 - - - 1 - - - - - -.. - . ·- -
 .
 -~----

 CONTOUR 2918 ....... - - - - - - - + - - - ----- :~j4',000.00 (4 000 00
 HELGoLD 131s
 CONSTRUq~_O_N+---c-~·. ·-
 (1,ooo:Oo}
 .1... . .. -~--+---\---:-- ___'
 1
 .~----····-~-----··-~~- · -- • +-.--'-f1~:0~00:001
 -+-----·· .. .P_ _.
 OFFICF EXP H.394:88: (7:922.31 . (28.~?_Q..04}. (13.a2a,02 . "'"'·-+--- .. (?_3-.~1)5.25~
 ·fAAil731a···
 -BANK CHARGES
. --..i PROFESSIONA,....,...1-+---
 AUTO · · · - - -
 · - - - . ------
 ENG
 . ---···· · · - - ' " - · - - - - ..

 TOTAL (8,090.98 '_:_(2·(-080:85 (111_,257,38 (29,_~7iL29 TOTAL ·-·----+-~(1__7?.!..003.so

 1

 ....
 ...
 ...
 1
 ~
 F= _111.!0UNT
 iJOARftT.-P"1-c~N
 ~are"~..
 :
 -~~~E
 .,. ____ r - ·
 iNCOl Clfl!J!l !~It _ WtiO
 ~:nkC~_~!]lnte~E.J;ll~~~~~-]
 ERR _'.__ _____ E.RR~
 -~~: _ /- __ . --------~=~--- ----- ---, . - ______ -~~t~ dngioal . -·- ---- -~~:.:
 --oji01 1320,90 AlBERTUESTf TAX .J_ 5000,00 4412 ------ -- ,, -----· 18329.37
 O~I01 Jf3~00 RB AUHJ , --- ------· ··1iS01tf31
 02101 --45s:sg CAP EXP . r------.,-·-+-~-+-------+·--- ""17557.78
 02iOf-- --· 7320;62 ALBERT UESTI TAX- .. ----- i .. ------- 10237.16
 02101 --- -- 313.00 i RQ l\UTO . ~- . . 0,024.16
 02101 ··-f- 975A71 CAP .....EXP- . ------------+-----,8='="'94i[69
 . 02/01 "'1"2""'s-_o,...,,o+B-EXA-·
 _......,_.-R----l=TAX---+---- 8820.69
 · 03101 s13.oo RB ___ ·- · Atiro · -+----+--- asof69
 03/01 4811.93 CAP .----· EXP 3695.76 !
 04/01 313~00 RB _,_A_U_T-.0-+-----------•····· ~··--·---- ----+--- ·--·· 3382~W
 04101 31 f5.23 CAP- EXP _.!l! r .. --------267.53:
 >--04l0
 __ 1 --+----J.~0:_-00-+-5-AN-K----+-5-C--+---- . _ ... ---o-~-=-...,_"=-·•iii~~-+-----t- _____ zy.s3
 05/01 325.00 TCEQ TAX 5000.00 :"f312.00 ! 4912. 53

 - =g~=:=-,-~c. . --+---=~=~;;-'i~=,~g=._1-";e..... --------i?'·_-~=~~·:+-----~~~~~-- 7a12 00 ----~+-~-------+------~i~=-~~::-=;=-'
 !

 ··-osiiH .. 1427.65 CAP EXP ............ . . -·· .... -- --·1649.3i
 ~-07~/0~1---1---3-13-.00-+-RB-~----·--+-A-U~T___,O_- - - - + - - -_ __,________ ·- -: . 7336.38
 01ro1 lm;iJ)ff CAP EXP · '->--- .· • · .. --- ·-· ----1·--0--.,-0-.1--<3
 j Q?_IQ1 --1450.00 CAP EXP - --- . --- -- . --- --6006-:73
 : 08/01 313,00 RB AUTC ----- - - - - - - - - - - - 4693.73l
 r-t 09101
 08101 104-.75ALBERT.iJ"i;Sii TAX .
 313.00 .RB ... ~--·----_"---ct-.oA""UT"=~c=1------+-------t----·--··--·····--1 .... .. -· -- --···-------
 45iAu"
 4275.98
 ; 09101 -----4odo.O() ~OONTOUR·---·-29ra -- -----------~---+----- - - . ..) 275.98
,,.-
 ~o9/<H . . . -- ......,. ,----- ----- ---~---~27-5-.98__,,

 u:i1111n ------------1 ---------------------------~------ -- .~10:98;

 i 08/01 -- - --· ; ..... .. . ...... ----·-···-------- ------275.98.
 OS101 --r----__,t--__,1--------- ..... _____[_ ___________ --·-· --- ·-21s:is-
 09i«>""1·--;--2=s=a=7-4-:--.2=0:-t--------1--;,..,...,."*C"'.'"....
 ..,+------

 --(jg/(f1 TAX .·- 9199.27 ORIGINAl START 14ss~~'= =~=_1_465~~2.T
 EXP -.. T13328.02 S312.00; 10000.00 ... :
 --- ...... · · ·--··-- Aifto . · --~--2s11.oo . ___ - . 44121 5000.00
 2916 ! Al\IV\. ,oo·.·. . . !
 - - - + - - - - - · - . - ...... ,.... -··· ···----··--,- ··-·.--- ..---- .... --·- .~.:--1~-"tUV-'--V-".--'-+----~-----~ =-::c--o=+---+-·-__j
 - ... .,.. ------ - - · - - - - - - - - -----
 BC
 ------~----- --
 ------'-~·
 30.00 .TOTAL H 29650.27-~--=-..-l--+----~

 ·SPENT 29374.29
 '~-~-----"-r------.-J=o=A=s=1:ft==T=FA=L:--:c=o=·N:.---------~=~~~~ '---~·-='-·_:_·~~~ ~=~·- ~ . .-... ._-_.-..
 ~,
 2012
 :_Payee_____________ ·-"-1---------AMOUNT Check TRANSFERS FROM Bank c lntere Balance i

 I s ROMO TAX RC TAX 2870.48
 --'------1---1--~---+-___:.--1---.-;"------"---+------
 1194 2,870.4$ 4412 ,____ ____._____ _1800.49
 • S ROMO TAX Kl TAX 4391QR5 1195 43,9.1965 441? 1R004~
 :·s·RoMo-tAX JD~- ---JR___ 2000.00 ___ Jt~- _,____. __2_5,-'_.1._s2-+-·___4__41__2 _____ -~-~----441_:69__
 I SROMOTAXRC TAX 712.39 1'197 712.39 4412 1 -441.69
 S ROMO TAX RC Tl\X 1109 1 1237.91 4412 706.12
 S ROMO TAX RC TAX
 1------1--1------cc--+--~;._
 1237.81 1199 4,000.00
 ..___ . -· _____,:.:_____c....--!---·--
 4412 ------~---1-~
 3558.31
 TXPMR JLR JR 1500.00
 1------+-----+----------.--+-----'>---'----~--------L-.--;...____
 1200 12,000.00 4412 .. --- . -- ---
 14058.31
 NBP ENG 200:_66__,___1_31_3-1--_ _ _..____._ _______ ·----- ---·---- ~ 13657.43
 CITY BANK
 .,,_____ i EXP 200.00 5640- 1 - - - - - - 1 - - - - - - - + - 13657.43
 CAP l EXP 481.02 13176.41
 1----~--·- --~----i----- .:. ..·,.-----+----+----+-----+----+---+-----=-'--cc-~
 CAP 1
 EXP 192. 92 1 12983.49
 · - - - - - · - - ·.....__-+-------- "·-·---=--::-:--::-::-+----,--,--,-+------+-----!-----+---+-,,_..,,-----,-I
 BRUCE KAHN : ENG 300.00 1201 12683.49
 . -· .. --"·--.NBP------:--ENG 40.16 1202 I
 .<'.

 -. C----· - - - -
 •.

 - ·-·····- ·- 1264!. 33
 CITY BANK EXP 200.00
 1----.,....,.--::'-c-:~~~-c--+----------=+----"t-----'---
 56411 4,000.00
 ... - - L--.:..
 4412 ! 30.75 16412.58
 CITY BANK EXP 6755. 75 ; 9656.83
 --- -CITY BANK EXP 6111.12 --~-----------··· -- ... . ..... -- ·-. ------~--·--·--+-3-54-5.-71.c.....i

 _____g~ :~~-~ ·_ _ :~-~:· ··--=-!i-=...:o'~-~.o...=c:~=-o..__ ____._+____-__ =--- ------'--!
 ... -....-.....- .. ----·-'-----'--·--'-_-_-_-~;~:1~·
,---. RBFUC AUTO 313.00"-+··---+------l------1-----+---+---?R004Q
 ·----clriBANK- EXP 86.0!} ·- ·-·····-·--·-·------········· -· ·- ·---~--·---i---+---2-604-.4--10

 ---CITY-BANK ...... -EX_P. . . .--8'-60-.94--'--1----1---------- .... -.. ---- 1743.46
 -----'---+----1-------'-'-----~---+---~---j-
 IHS CONSULTING l:NG 288.00 1316 ' 1~55 ..if6
 . . ·EN~·~G'---IN_E..,,._E-Rl-N-+--CE~NG-"-+--3~9-7.50--+- _,.f316 · - - - - - 1 - - - - - + - - - - - - - - - _
 5;-Y"E=- =·- 1057.96 I
 NBP
 ,___ _ _ _ _,___,_____ _
 ENG 39.40 - .1~31-7-+------1--------4----- '
 ___._~____, ______ ·-~··--··----+-·---+---+----
 1018.56. 1 ,.J
 C03A TAX, 100.00' 1Hi2 , 916.~0,
 :--CIWBANR---~- EXP ! - 241.58 ----+-I-6-7-6:-98--i
 , CITY BANK EXP; -29if37 --~---- -- --· 1
 386.61
 CITY BANK EXP ------l~r.u-9-1----+------!.--,- ·-- . ·- -~....... - + - ;-~--:>2=-<·
 1
 1-_ _ R_B_F_U_-c_. . _._._.-l-A_U_T_0+--,_3_1_3_.o_o-1---- - ~---·.... _·-_-_-----·-=--=--=--=--=--=-·=--=--=:,:======-·-_:~--:.·· . -46.52.
 __· ___
 RBFUC AUTO' 313.00 154.59 -421.07 i
 NBP- -- -· ENG 1 __ 79.29. 1153 3,.000.00; 4412 2499.73 i
 liisl.J~NCE o~.~_A__.__Au_r_o-+--_s_19_.s_o_,___·'--11__·54_-_· ::~-------'------+----+_.. _ ._ ..__+_,....___..1. : _98=-=o=.2=--13:
 1980.23 i
 r----------·- .-.. -·-+-__c_B~'---+----+---s~.o~oo-··~oo_·~-- 4412 .. _ .. ... _ 6980.23 1
 CB , 20,000.00: 4412 ! 26980~23
 1--------l--r.-'-_;RT--""".- 20,{)0000· U12 ! 46980.2~
 t---------+--o.------+-··-··'"-~-L-- ---------=-~+----+---+--'c--~

 CB 20,000.00' 4412 86980.23
 ~---------1--c-==a-·+------+-!--t---(2-o-'-~o-oo-.-oo->i _ _ _4_4--'-12-+-------+---l--4--59-a-o-.23---1
 l----A..,,_,H----+-A-U_T_O+---a-1-a-.00-·•. -,-1-1.-66--"·1----:...:...(2-0-,0-00-.0-0-'+)---4-4_1_2-1--.. ~-.-- --·-. ____ ,___26667.23;
 t--C_H_A_S_E_B_AN~~KJLR JR 20,000.00' 1318 --·-44:r2 I 6667.23 i
 ' -BANKCHARG EXP ' 1151 -- -··-·-·---1------+---6·.·35'···· .... .. 666tf87;
 Cl~F~B~ ~~--~..- +-;A_~X-~P-'- _~-+------=-~~-;-:~-~+--·=:,
 · =-~==-----------·-->-.-....-..-.--,-~--- '--- ---~-~-~:E.-.-~ _ _;~;~
 .
,- CITY DAN~ c.xr I 1,0$6.Q2 ··-·· l 4314.26
 RBFUC AUTO! 313.00
 ----1--------l--·. I 4001.25
---crrvBANK EXP ; 390.30
 --l---~---+--
 r 3610.95
1MELOA CARRILLO -ENG : 60.00 1271
 NBP ENG[ ·~-6-1-.1'--84--1-2-72--1----.....-....+-·-··· . 3489.77
·e~.§ CONROLLE . TAX i :~!@.~~-. 1319_...._ _ _ _ _ _ 3239.77.
 ! - ·----~39. ii"
[-· .. . .. ···---
 RBFUC AUTOi 313.QO\ ____5,000.00 4412 7926.77
,--c-rrv-·~aANK EXP , 2s14.53 1 4952.24
1 CITY BANK·-t-'E=o..X-=-P-+---6..,.....98~.39~----+-·· ... J<1-.0,Q0;00_. . . ___44_12--'- .. 4-----t--14_25_3_.8--15
 CITY BANK EXP 1 1,700.00 12553.85
TATE CONTROi i F FXP ;ono; 120; ·- .. ---..--l.-----'--1--·- '· 12503:85
 RBFUC AUTO 313.00 i 12190 85
 CITY BANK-·' EXP- -----·9tt[oor----------"---•- ---··-1- ~- __ ".. •
 112at1'.2s
,._S ROMO TAX RC TNf . -t3.86 1206 ... -- -- 11236.39
 ·-·EXP --·414.'73 ---·-· 9721 11651.12
 RBFUC
 -- -·c·ITY BANK
 Auto 313.00
 CXP .......-203<):.:54 .... ·~ ····--····--·
 · ··11aaa.12
 850? .·se
 S-ROfvi:)'tJ\x RC i TAX 590.00 1200 .... !~000~00 7312 · ·--- .... 17917.stf
,...S~ROMOTAXRC 1
 TAX 1,898.35---1269~ , 16019.23
---~---Rf.il-uc .. '"AuTo~313~oq ·- ·-- ··----~ l ·--iiToe.23-
 CITY BANK -- EXP 742.96 ---: .., -----· I 14963.27
,___._RBFUCf -- .. :AUTO 31.3J)O ... ·t· --···· ! 14650.27
 . ·-------· 111,065.68 ---......--124,107.16 100,861.00:191.70 ----
----·:·· .. . ........ ------- .... ~--- -· --- -· __ :.. --··---·-·-··-
 -----· .... -·-------+---~----+------

 ·-·-· ORIGINAL 1 800.49 1800'4.9
 . ·------·--·-+-----+--___:.::::.=.=-==-i
 I
 4412 HELV:TIA -r·
 . t --·--=-----+-------!--
 113,692.43 '-------+--------!
 ~----··•· ...
 7312 H GO ..o I 10,000.00
 ···--------:---+-~-::-=-::-=t--+--.C.........:--'--+-------+----+~,---J-------l
 •
 9721 JOA8ERT _4 _______. :. .:4:..:. 14..:. ::·. :. .;73;::..i. __ _I,._·_ _...l_ _ ___j._ 221>.22
 SUB TOTA. ' 125,907.65 ... ·-----~128122.87
 EXPENSE~ 111 ,065.68 -~- . ---- . - -2-39f88~55
 254030.52

1---------·-------

r---------··-·· .. ·-·----+-
 JLR·---+-------1------+------.l-.---
 24;000.00
 -------1---l---~--...r-:----+--··--··-·· ·--·~---1--·----------+----+---+----
 *-*****' ............. ···--··--·------·
 ENGtNEEF NG 1,466.32 "****,....
 -----t--txAnUTTI"Q"\""EEXViP
 51E~NHSiEiE~--;3~.9"'6~2~.5~0----+----1f-..:.,..=·=*d-.....--·--~--
r------t---'--'-t------"'---+-.;._:____-I--~==-==-+-- •·• ·-·- ·-- -·-~--IC------ ----C--·-··--·-

 EXPENSE 26,320.04
 111,257:~8 '. ...
 ~-1·--·-····
 1---~-.. .- .
t=_-·--·~____._----1·-·.
 ···-----~···- ------
 111,065.68!
 l 191.70 . · ---: __ __ 1·' --~ ___ I
 ·- ]
 '
 Date .. Child Payee A~it Deposit Who Bank Charge !nterest
 2011 1117
 - - -.
 CAPITOL EXP 100.00 ··-
 CAPITOL 't:Jl.t' .,w.oo
 TRAIL INSURANCE EXP 150:00 .. .... -
:
 ·- 3000.00 UNKOWN
 ·-
 02/24 1129' llMELKDs OFF 60.00 .. -
 1131 SILVIAROMo TAX 2869.31 '
L--.-
 SILVIARUMO .TAX -·· 5000-~ >.I.AMO
 ·-·~

 ·-
 !

 SILVIA ROMO TAX 400.00 9721
 l-IOWARn l<AHf\I OFF 1000.00
 CITI EXP
 -
 1~.29
 ·- - ····---

;
 ' CAPITOL EXP
 EXP
 AQ0.00
 600.00
 - .. -- 10.00 -~

 ,CAPITOL '
 ···-
 - 'QArlTOL '.Q(t" ~0()0.()(> .. -
 CAPITOL EXP 4000.00 20571.26 .ukn ~

J..-- .. .. -di
 ---- 200.00: - ·--
 ...
 YNK
 -·-- - ·~--··-- ---
 -- ~-

' '1133 EZDRIVE -
 ENG 23.'55 ,_...,.
 ··- --
: ; 1134 BL LOAN BK 500.<lO
 -· -. ·-
 - .. 1135: l\.f'<lt; GAK(;IA 01-1-. .. -. 1tm.UIJ
 .. ··-
 1136 ALICIA-H
 - ,6.UTd 340.00 -~ ....,.. I ... ·'-
 1137 ALLSTATE AOTC 517.50= ..
 ~---· --
 1138 NBP .. ENG 6.48
 .. -··
 ..
 1139 IMEl..OA' ,.... - •....•• I ur:r ()(JJlll
 .. -
 1140 SLYVIA ROMO TAX 157.17
 CAP EXP
 --
 500.00 ·-··
 - --·
 ...
 XClTY EXP 150Ct00 ...
 1141
 -- 1142 cm TAX
 - ·.··· . !'>5.00
 "~--- ~

 ... ... ---
 SLYVIA ROMO TAX: 105;16 ....
 ,UNKNO\AIN UNK-" ~,{)()
 l
 -·.··
 1.INKf\10\NN .. UNI< 959~19
 - --···-
 ..:--
 AuG2011 .. .AlJG2o11
 - SEPT 2011 :SEPT2011 ---
 j
 -- - .. - ...
 ·- 1102 ALICIA. MINO ni;:F ., i;? no '
 1232 NBP
 ·-
 ENG 233.18
 ' ·-·---
 1233 COSA TAX 1600.00
 !
 ·-· ·- . ··-
 -·' 1234 C08A TM 25.00
 . 1237 OOSJ\ -· . TAX 1360.QO
 1311.AT&T . --
 EXP 122.31
 5637.CITI EXP 200.00 I
 ---·. ·--·
 - 5638
 ®"9
 7318
 - 7318
 CXP
 1000.00
 ·z.oo.oo,
 ; ;
 .. ---
 ,.--
 CITY :EXP.. ... 2s2s.12T
 _,_ CAP EXP 1434.39 5000.00 4412
 ----
 -- ...... .. '
 1312 IMELDA OFF --00.00
 =9 CllJ t:J!.t' <i!O. lU
 .. 5640 cAP- EXP 64.64 --
 5641 cm
 , ........
 EXP ·- ..
 72;56
 -- .. -··-- ---
 .... --- ·--
 ~--·
 5642 cm EXP 147;30
 1144 32820.85 33971.<i!t> ' l~l.3.3~UV 10.uu -...
 ---
 -- "f14s
 ....___,. 1146 SPENT INCOME
 -·-- .1147 -- T~X 6f71.64 HEL --· - 5400.00
 1148
 -- .
 EXP 16472;31 ,...;.;.
 UNK 23571.26
 1149 'AUTO
 ...
 1100
 --- 957.50 Al.AMO 500600'
 -·-···-
 OFF 1597.00 TOTAL ... 33971.26
 1'1!>1 UNK 5959.19 BC
 ·----- -1000
 -
 1152 ENG 2'63.21 TOTALINCC. 33961.26
 1153 - ...
 7318 -1000.00 SPENT 32820.85
 1158 --- BK .. 500.00 DIFFERENC 1140.41
 1---- 11!;;0
 1100
 INITUU
 CAL CK
 CIC E 6~
 1800.49
 1161 32820.85 11/0811989 Cl!:BAL 1800.49
 ! 1162
 -· ·-. -· 32&20.85 11/081198!) CONDlTION -o.oo,
rJC),.;jEiif-Fi u..co..
 --
 Date Cheli Payee Amount Deposit Who Bank chariie Interest Balance
 2010 1117 2045.44
 CAP1 EXP 100.00 2000.00 uNif 3945.44
 CAl"1 EKf" 7~:00· ,_,_
 :»070.+4
 -
 BEXAR TAX .;TAX 1~;1)3' 3705.41
 - BEXARTAX :TAX 172.12 3533.29,
 --···-
 BEXAR TAX lTAX 175.~5
 -··· ...... -- ·-·-----·
 335.7.94;
 DCXAl\TM TM IOll.pf* ~1TZ.l)0 ·
 ~-

 BEXAR TAX TAx 186.46 ·- .. ..
 I 2965.89
 BEXAif TAX.. -- TAX 191:66 2794.23i

l=-- BEXAR TAX
 D~Tl"IX
 TAX
 T~
 211.42
 zoo.oo ..... ~--·
 -2582..81
 2:>Z:>.e;;i;
 !
i
 BEXAR TAX TAX 276,28 2047.67
 BEXAR TAX TAX 346.72
 - ' 1700.95
 --- ;

;

r-----···-·-
 BEXAR TAX TAX $97:60 -- 1103.15
 , ijl::.Mt( IM. I~ t>/:>.~:.! ,,_ u1.&.l
 9030. CITI CARD EXP 100]0 ··soo.oo CONTOUR 727.83.
 CAPONE EXP 376.00 ·soo.oo CONTOUR 30.09 821.74
 CAP.ONE EXP -·a2·1:t4
 GAJ:'UM:: ·~t'C ·. 1UUU.UU 4U.1 Ht:L -·-t- 16;!1. (4
 CAPONE EXP 200:00 1621.74
'----'--- --·-··· ·--
 CAPONE EXP 1000.00 621.74
 ClTI EXP 24.21 597.53
 l,.;I fl ·---- CAI" 1~_9.~t 5/03UNK 19U3.13
 --- WC ---
 CITI 58.401 '"'
 1844.75
 CAPONE .EXP 163.a;> !
 .-....~

 1681.75
 --~~·· ···-·--·----·--·
 1118 NOTARY ASSN OFF 72.95: 1608.80
 1119 HEB'NJJO I Al.:J;:) ·AUt.\. !13.W l::l;,.;l.;;IU
 ·-- i---··---
 cm EXP 55.34 1498.16
 C'AP ONE ----· EXP 500.00 998.16
 1120 NA1'ioNAL·ai:.u& -·· OFF·- -·-~--ra.oo ... --·-----
 980.16
 1121 EMEWA~RIIa ---SO.OO; ··~-- ~·-

 'Uf:F ~-92~
 CITI EXP 92.93' 827.23
 ·-·
 CA.PONE EXP 300.00, -- ~. -- ....... ·-···-· ··-·---
 527.23
 ·- -- CAPONE EXP 300.()0j 1000.00 HEl..VET 1227.23
 exp" . ...!19:~
 CA.PONE EXP . ... - -----··- 921;23
 CAPONE~ ... ~;oo.:
 -- 627.23
 lMELDACARRILLO
 Al,JCIA HINOJOSA
 OFF
 EXP
 60.001
 38:53; -· ---- 567.23
 528.70
 EZDRIVE
 NBP
 OFF 39:00'.
 19.35:
 _...... 489.70
 -------·- OFF --- . -·---··· ---- . --- .. -
 470.35
 CITI 'EXP 150.00 .. 320.35
 CAPONE EXP 200.00 120.35

 '.
 l

 :
 CAPONE
 HOWARD KAHN
 BfxAR 'CCiiJNfY ... -
 EXP
 LEG
 100.00
 2100.00 1000.00 HEL
 - ... ..
 --- __ ..........,.

 -
 20.35
 ··--
 .-1079.65
 ~--· JAx 116.00 ....•.1100:00 HEL
 ····· --~· ·- . ..
 564.35,
 CITI EXP 50.00 100:00 UNK 554.35
 ,C/lf>ONE EXP 100.00 168.&3 HEL 623.18
 ______ ., .C/iPONE EXP 600;00 586.90
 tff~~'-···----- ···- ········ .... • 610.Q8f
 __ 1-...... , ___ ....... ____ _, __
 ;.,,._,.._~

 "" ... .. .. ·---· -·--···---~
 'C/lf>ONE EXP 100.00 510.08
 cm EXP 100_00 ___ 410..9.8.
 1141 cm EXP 150.00 400.00 HEL ·- 660.0&
 DEC31
 --·-.. --~··~·····-
 1142 ---·----·--· ,_ ··ua:oa
 1143 660.08
 11414 ! 1161£6? 10?f\1 ~"
 1145 -- l
 30.ClQ

 ---- ...
 .. 1146 SPENT i!NCOME
 1147 ----·-
 ------ ... ·-· ..... - TAX - . ,_ .. 3558.61' HEL 5855.73
 f1.4R FXP- ·-·5flj3~41 UNK 3405.62
 1145 OFF 269.30 CONTOUR 1000:00
 1150 : AUTO 55.30 Tu1AL 10261.35
 1151 ' LEGAL 21.00-.00 INCOME-· - 10261.35
L...._...-.
. ·-----·u~
 I 1153
 RANK CHAR
 TOTAL
 30.0!'.}
 11646.71
 .. _
 "ffitALINU: 10261.35
l---· ·· 1159!
 1156
 --···~-
 11616,62
 ,Jo.09 1 ERR Dli=FERENC
 SPENT
 ·~i~~~~t~-~
 1160i INITIAL CK i . '2045,44, --·-· ....
 1161 (;ALCK 660.08•
 1162
 ·.-
 E~ CKBAL. 660.08
 1~63 .,.. <;_<)NDITION -0.00
 . ·-><-·.-!
CONTOUR ACCOUNT
...
t

r--:-
 1
 2
 --
 f---
 --j cONJ~UR HPnLs
 --- ~
 i
 ...
 -· --·· ...
 -···
 . ..
 --··
 .

 ADJ TOTAL
 -·- · · -

 3 I 2010F i ~011F ~12F 201JF 2012RB 2013Rt... SAVINGS TOTALS ADJ
 ·~-~ - ··-
 4 INCOME
 6
 ---
 i i
 -- . _,.,_
 -···· - ··•"

I
 -- ·-
 8f,113.60
 ~- ···- ---·--· ---
 88,113.eo' 88,113.60
 6 SALES
 7 UNKSOURSE
 -· 2,901.90
 -·-···. --- .:..
 e7ifoo 3,579.90 887.00 4,466.90
I
 -- -~ ." -. (4'..428.44
 8 BK 562.25 21,ID4.70 22,486.95. {Ei3;8Ss.39
~ 441~ HE~ .. 1f,OOO.OO 1~*.100.00 140.00 298,030.84 160,C41.20 845;312.Q.( ~-J645,312:04
10 SA\ANGS (20;COO: o.:cY ' (20,)00.00 . ··- 20,0CO.OO
 ---·· ·-
 1 'I 7312HEL GOL.0 '(00;000.00 zsoo.oo ·-···- ''"
 20,000.00 122,s~q._90 (122~5CO.OO
 ·-·-
 12 JOA3ERT 972;. 4,000.00 ... 4,:mo.o.a (4,0CO~OQ -
 -·· -..-..... ...
 13 OtV ... ... " ·- --
 14 NAT -· ·- ... ··- ...
 15 ALA~O ...... . .. ...... ·.· '"

 1S COfffOUR ' ' .51,223.3'1 s.1,2n:37 '
[17 TOTAL INCONE 562.25: -· .
 10(015.50 272,100.00 6,640~.09).398;030.84 . 161Ji4$:90 71.901.3i e11.1es.ae (814,8~0.4~~ - 51.152.06
 1a
 19 O.UJGOING
 ·- ..
 t
 "' .:...,: .. -
"20'
 .......... -··- ·- .. - ;
 .
 ...... ,.. .. -- - " ...
 21TAX -··. .. 219:CXH 525.00 16,784.78 17.528,.JS 1'.!>28.78
 22 JR ..
 '
 .. -
 22;691.SS; 16,296.90_ . 43~~1,5.63 .. ~2,303.0_1 82,303.o1
 --~

--"f~.BK -- 1,300.~. 38,C58.19 24.537.20
 .: :;
 63~~5.39 (63-,8E5.39
 .. :8E7.00
 .H·,~~

 2.4 UNl<NOWN 100.00_. 100;00 98-7;00
--- SA\ofNGS
 ..,. ·.·-· -· - 20.oc6:00 20,000;00
 26 ... ..
 26 JOABERT 9721 1,000.00 ......... -- ... -~.qoo~oo ('(OC0.00 (3,000.00
 .. ,.~

 27 CONTOUR 2918 - ·--·· -·· .
 :

 28 CONTOUR.REFC u .. ·- 175,000.00 .. ·-. 46,8.:_1~-!~ 22U15.49 -- .
 221.815.49
 29 HEL GOLD 7318 -- .
 30 HELRBFCU 25,00lOO' 25,000.00 (122~&-0.00 (91 ,500.oq
 3f4411HEL
 - -· . -- . -
 '.
 -·· ··-
 (e4s,312.04 (645,312.04
 - ... .
 32 · COtlSTRUCTON 9f, 159.86 31,761.89 1;236'.oo t'2o,311.87 209,~7.28 .. 600.()o 4~9,Z96.90 - ..• r 45$,296.90
 33 Ot=RC E EXPCNS --·· 4oo:ooi
 I

 1, 1B_?:~1 235.90 1,200.00
 -- 4P1B._81 4,018.~-~
 ... -···
 i;
 34 TR.All. 7318 __ ..
 -· -·
 35 BAf\K CHARGES .. . 95.00 30.au . 70.13 ---·139_03 43.62 . (51_.~2 326.49 ... 326.49
-35 PROFESSIONAL eo;oo
 ''"

 5,000.00 5060.00 5,060.00
 27.40 6,857.12 342.82 7773.70 1,n3.'ta
~7E~
 546.35 ' - ·--·
 . .. "3o,d88.49 30,088.49
 l
 8 INSURANCE .. ..... 15,156.00 14,E32.49
 584,75 584.75 584.751
 S AUTO
 onDEAL ---
 '
 _, ··---·. i
 l
 ---· -l' -

. l"T01AL ..... ~.046:36 . 99, 109.921 . 254,040.Qf 31,716.51 137,014.75 322,~61.~9 -7{901.37 918,791.81 . . (§14,8~0-.43 103.971.38
 41 ;
43 DIFFERENCE
--44 INTilAL CK ANOli
 ·-
 ("1,484.11!..
 1;703.70
 6,$05.58
 21.9.59
 18,059.09
 7,125.1'7
 _(26,076.51
 25, 184.26
 160.416.0~ {160,if6_.09
 16Q,i16.09
 .... _---194$48.81
 {11395.95 - . - ~2,819.32
 --
 45 END CK BALPNC --- 2i9.59 i, 125: 17 ·25, 184,26 107.75 180.416.0~ 0.00 - 193052.86 ·-- 193,052.86
 4fl BAf\K BALANCE 219.591 -- i,125.f7' 25,184.26 107.75 160,416.0~ 193052:86- __193,052.Slf
 47 co11oit10N ·
 ·-
 0.00!
 .
 0~00 0.00 ---·cfoo· O.O:l 0.00
 -
 0.00 ...... o.ao
- -- .. - ....... .. ·-

 ....
 _I ~ ~ AMOUNT }~~UR ~~~~:C~~ ~~~ -~~ ----~n_k_~~l8~. ___:
~· '
 j

 --;-------- ~--····· -·· -- ---·---·...---·------+-------·-- ·-·-
 2010
 01/01
 02/01
 --_·----=------+~---_--------~~---,!-....----···
 __ --:___ ... ···-·-··--
 ... =- '
 -~~J --1793.70
 !
 . 1703.70

 1703.70
 ... 03/0-1___.__9-12_1,___ soo.-00 JOABERf .. -----·- 1203.70
 03/01 : 0721
 500.00. }OABERT' ---+--...;--·--·---· ..... - - - - - - - - .. ----;--l---70-3-.7-0

 ;-64/01 : OFF 50.00 IME[DA--_...____ ·,----- 651.70 ·
 Ci4/of ·---+-E--N-1(-+---~1SO.OO MARK HiNcf ___,_ 562.25 !Erl< -- --+--- 1065.95
 O!i/01 -- ENO,__ . 7. 70 NBP"·' ;·--+---- - - ---- ---l--+---106---8.-26--''

 06/01 -t-----1--- ·-----+--- ---~--·· ·-- ·-· ---- 1058.25
 07/01 ----·--+--
 1.058.25
 01101 OFF'.. 50.00 lMELDA 1000.25
 oi/61 UNI<; .. --100.oo soa:2s
 ooio1 ,
 09/01. ---E--N-1(;+-.-
 ENc 20;00
 25~00 NBP
 ---<---+------- - ---- - - - - - -
 888.25
 803.20
 ; 00/01 ;OFF""' 60 ..00 IMELD~A·--'--1--- ........,____ -+--- -·- ·----
 ·····--~-

 803.25
 10/01 ENC -- ""79.so NBP ---t---+-----·····-------- -
 723.75~
 I 10/01 EN( 60'.00 IMELDA --.-- 66:ft5"

 ~r1:_/g0-_~1 go~ F1~F-_ -+ .-~- -_-i_g_:~_. . .e....:~-;-~_g_~-+--
 ___
 6(10{) 1IMELDA r. •, 454.59
 - · 12101 ENG 75.00 !vAL L.ER:=Mc+-1,_____ ·-+-~----~~_-:I,___------- -·-
 ----+-f----
 37'.59
'---'. --1'2101 OFF: 60.00 !MELDA 319.59
 12101 ~N--G-.--j--1-00·-.oo-- _VAL LERMj~ ·---+--'-....,_. -----+-
 --·-219.59
 12/31 219.59
 12/31 219.59
 ·-+-1---
 .. TOTAL 219.59
 j...... _____ , '··--·--._ --------
 2046.36
 ·'---·;6235~-----··--+-··-- .+ -··f-- - - - - l

 . ------ --------+-0-R-IGfNAL _ _ 1703.7
 DEPOSITS····--- a62.2G ----+-~---- - - - - - - . - - - · -----
 TOTAL IN . L 2265-.95---t------.. ' .... ---------+-··-_-_- - ---· ' ....._.-----If-+

 SPENT
 _ _ __,_____---r-- -2046:36
 - - - - ·-----+---+---'-- ········---t---··· .. --·-----
 ,_,_. -- ' tsf\LANCE 2ts.os
 --'--.BANK~STATI 219.5-9-1-----
 i..___ _ -+-_____,_ _ _____,1-------.--+---- -i---+-- - - + - - .. ------ . --------1--1----

 ;-----.
 DIFFERENC -0.00
 --+-----··- - - · - - - ..
 ------ -------4-------
 -+------+------ ····-- - - .
 -----~-

 '
 -- . -------

 ·------f------·
 OFF 400.00-
 ENG -· . ---546.36.
 ------ ~721 - - - - + - __ 1oo_·-_o,oo
 __·
 - + - .- - - - , - - - - __ ·-~-- _ .. -----f-----· _____ _ -+-+------ _ _ _i
 - ..- - - -- - UNK 100.00
 ··•-~ -+--+- -·---····

 _2046.36
 - - - - · - · •W - -

~ ~
 ---- ..
 --- -
 . f0TAL _ -
 2046.36
 _ __
 j . _____ _,
 --- - - - - - - + - - - - -

 _ -+~~E:.CK= ___ - _·. (i.-~_-o--i--_-- -~~~~~~--.-~. --_-__-_-_·_----- ....... --~ ~--
 ----++----- --

 1
 ...
 20i1 CONTOUR.FA CON r

 Date Cheek Payee ·- ·0eposit Who Bank Charge Interest Balance
 01/01 219:59
 02/01
 - -· .
 219.59
 ..
 05/01 ---- 5.00
 •. f-··
 214.59
 06/01 ·ACME BRICK 15.00 CNST
 .,. .. -- 199.59
1 --- .. ·-···-
 ! 07/01 CNST 2237]5 NAT KL 2437.34:
 19~ 1 ICADWATEnE 2;2a7.7S CNST 10.00 180.6Q'
 1957 NSP 27.40'ENG --- -·
 . ·-·
 162;19.
 08/01 19.58 IN GRAM 4,558.00 CNST . . . 5237.SI NAT KL ·-··· --
 10.00' ..
 831.76
 08/03 1959 W/IL.L Sl)fJ.. 679~58 CNST 152.18
 08/03 1960 IC an.oo OFF -·'9zrs-
 .. ··--
 08/03 CNST - ~ -~
 92.18
 08103 1961 JNGRAM .. : s.BQ~~oo C'NST -5805.82
 ·-
 "()Clo~ NflP 70.07 ONOT 10.00 68~.60
 ---
 09 HEADWATER 6,642~37 CNS1 23,69.4.74 NAT KL -·- ···----
 11159.68'
 10 MASON SETT 3,000.00 CNST ... ·-·-· - ·-
 8159.68
 08/03i DEER CONST 3.500.00 .CN..~T -·~· ·-··
 4659;68
 10/01 KRIS GARCIA 185.00 CN$1; ' 4474.68
 10101
 -- CNS1
 -·· -·-· ...
 4474.68
 •·
 ~--10/01 15,oOO]lO CNST -10525.32
 1954 PIMCO .. -·- .... G-4]3.14
 lO/t)J 1860..ARExCAVATIG 10,7!0.00 CNSi Z7,7Hl.-40 NAT KL
 10/01 1970 ACT PIPE 5,827.29- CNS1 10,000.00 NAT Kl 10645.85
 PIMCO
 -·
 10/01 1971 10,125.00 CNS'T 15,000.00' 4,412.0() 15520.85
 -·-
 10/01 1972 P1MCO - 324.00 CNSl -·
 15196.85
 I 10/01 1974 DYE 200.00 CNSl · ... - .. ----
 14996.85,
 10/01 1976 DYE .. 80[00 CNST 20.00 ·---·
 ;
 •·'-
 14176.85'
 10/01: ,CN_Sl _,_ .. --
 I
 ···-
 14176.85
 1110·1 1984 PIMCP 10,000.00 'CN3T '4170.05
 11/01 1977 HEADWATER 4,623.00 CNST
 -- - ------
 -448.15
 11/01 1978 TX CONT 52.00 CNST: 1~.22~.:08 NAT SALE '-- .. -·
 18726.93
 11/01 197~ AMERICAN SI< 609,oo CN~r· ...
 -· ... 18117.93
 11101 1982 At{ 1;300.00 CNST ~ ... 30.00 16787.93
 11/01 1983 ;AH ! 2$.00 CNST ... ·- . -- 16761.93
 11101 HSBC 2,182.91 EXP 10.00 14569.02
 ·1110·1 --· 1"4SG0.02 ·
 ... ..
 i 12101 1985 HEB,b,UTO 65.25 AlJTC 2;$01.90 CASH -·-·
 17405.Gii
 ·' !
 12/01 1986 BKPAYROLL 200.00 CNSl ... -~ .. " .. 17205.67
 1?101: 1Qft7 AtJTOINS _--·· 519 50. AUTC 1MAA:17
 - -- ·-·-·
 12/01 1.988 .PIMCO . 6, 129.00 ;CNSl "10557.17
 12/01 1990 lNGRAif- 3.432.00 CNST
 .... - 7125.17
 12/01 7125.17
 -··12101 -· ... ~ '
 99,0"14.9! : _JQ:0,6'1~.00 4.412.~0?.
 -- 80.00
 - ...
 12101
 - ---
 -··· - --· --· -··· ...
 12101 ...
 12101 ·,
 _,,.
 _
 ----· . - --·-
 - ORIG!NAL ' 219.59 -··-----
 ,-12flf1 NAT S8113.60
 --·
 12/01 . UNKNOWN 2901.90 '
 i
 12/01 -.- ..,.... '' 4412HELVETI 1SOOQ,OO ....
 12/01 INWME 10tiZ~.OS '
 -
 ·--
 12/01
 --·-··
 ·SPENT 99.109.92
 12101 BALANCE 7;125.17
 ~-hiri1 ·-· -·--
 .. ---
 12/01 - ... EXP 2182:91
 L_12/01 !;ENG 27.40
 -
 12/01 CONSTRU ~TION CNS! 96159.86 -· - .
 ll/Ul' ...... EXI"' AUTO 564.75 .. ...
 - - -- ..
 12/01 AUTO OFF: 60,00
_.
 t21()1
 - ,.

 ·- -
 OFF BAN)< Ct:IAR 95.00' .... --
 12.101 BK TOTALS 99109,92
 ' 12101 JR 99014.92
 ; I ---
 I
 L.. 12/01 95.00 ___ ___;
 -·. -
·-
•.
 I ~- - ·~~=-=---- - ;:~;.t -~ coNrdJR-SA~;~G~~=r=- f--__==l -·
-t=!~ .:~yee ------- _·-':"-·_O_un_t__ _,_~_···~--~------· .WIRE INCOM 'Deposit W\15'~ l~Ballince---1
 2012 OriQ;n ori9irior 5~
 Oi/01 CHECK 500.0cf -- 20000.oO CK - 195()·~:00_
 Uf/Ul- CMt:GI\ . --.000.00 1COOS,O()
 07/0f CHECK ------1400.oo -16605.00
 03/02 . CHECK___ 1000.00 ···-- - . 10005.00
 08/02 CH~CJ< 100 00 - - - f5S05.00
 , 08102 1 CHECK ··• aoo.oo 14905~00
 .-08/02 CHECK 782~82 ... --- • · -14.fa2.18'
 08/02 CHECK 400,00 :j: . . -----137l2.f8"
 . nt;CK · 800.00 · -- · 1zuz. 10-
 oa102·- .CHECK 3200~00·: ···---·-- 9722.18
 08/02 CHECK . ·-- 812.18 · --- -891o]Jo
 osiq::i PR ______ _,__ _;_oo_·,oo
 ___. _____ . ___ __ _____ u1g,oo
 09/01 , CHECK 300.00 8110.00
 . 10/01 .CHECK.. 200:00 _ _______ . 791.Q,QO
 '."To/Of CHECK .. 182.83 7727.17
 1q10·1 CHECK 40(1'00 .. ----·-.- - · . ..... --- - T~T. IT
 ·107o1 CHECK 900~00 -··----:-- - 6427.17
 -1o!Of CHECK______ 700.00 -5121.11.
 ·1ot0f CliECif---·. -··· 100:..00 - - - + + - - - 4 · "-..· - - - · · · ftA'Ji 17~
 f0/01 CHECK . ·------ . 188,.70' ··-- -- --- - - · - + - - + - - - 5438.47
 ·10101 CHECK 4000:00-·-- ---+-+---,.---+- -s:4s 1443.95
 111or· "CHECK -- ---· ;----- ----· . - ···1·443495
 12/01 CHECK ·1·443]j'~
 2013 ;CHECK ----~r----- 1443'.95
~ -, 01/0f- CHECK 1.25 1445:2<>
 '02101 -- --~-~~-- 1.u~·?n
 ' 03/01
 _.....,__ _,_____,~ ~-+---<-14.ts.20

 '04/01 --I-+-- (Hf . .... _ _ _ ·-1445.91 .
 ·051o·-1-+-P-R 100.00 I --+------ 50000;00 CK : - ---- . S1345.91 .
 06/0-f+-'--'--- ~()~28 - 51346.19
 07/01 -------· - · - - - - + - - 15.76
 08/0f'' .. _____ ,. .. 51361:95
 51361;95
 08/0 1· CHECK 00000,oQ $7S.OO ·-T-+---=220-.10..<aii
 . o9iOreK'' ·----- . . ·---+---'2-2035. 12-·> - - - - ·-.,,.-20-.1=7 ---- 25.00
 10101 +------ -~-·- -----
 '11!01 --·---- ----,----!- ----· -----~.-+-, - - - - ·.-
 ~'.oo
 -25:00
 t21o1=-+-- 7.6[
 t2/0f BK ..... ~5(04
 0.00
 .TOTALS ---- ~'952~69+---- 46.32 46-1353.971
 - - --·-:....-- -+--- -----·
 --CHECKING · 48066.53 INCOME ----- .......

 "
 R.ililt ni PH RRon~-'-~·-,f":+.+-r11_Trn._·-•+---1---

 ~
 -· ·
 - 2012 - .. . ·- -·--+----+--- -----+----+-

 - DATE NAME- . HRS RATE; TOTA SS WH OTHE AMOIJN-T-~---1.-TY-P+C°K ~9/1 D~_~QS-IT BALANCE.
:-.. --oTTlS Vi'll.Dr!MC~r:: LCt\MA. az. 00 p 10 I .:Si.oo
 07/30 "CASH DL - --- -400.00 ,DL 104 ,__ - -:400_00
 8 "01119 ETHAN MccAt:I-- 40.75 - - 1.2 489 2a 1 41 ~2ot 440.00 IF> 1001 sooo.oo 4560.oo
 "'7 07119 DON SHOEMAKER - . 24 11.25 "z76""15 r+-2r 228.oo p -1002 50Cf00 - 4832.00
 7 07/19 WELDEN SHOEMAKER 16 · 14 224 13 11 . 200.00 P 1003 1500.00 6132.00
 ! -,. --07/19 FREOSEEHA.lfs8r···- 32 9 288 16 1i. 36 219.00 p 1004-1400.00 7313:00
 L----- r·o7719 AG -3~ 36.oo f> · 1oos 7277-:-oo,
 7 07/19 h~ l=NTF=RPRISi=- . 7000 00 S --,-10{jff--·· ---- ---:i:\777on
 >--7 07/19 VALDEMERE LERMA·--· ~f. 16 544 31; --32 481.tlO p"" 1007' . .. 4796.oo
 7 07/20 DiXIEOIL 2898c00 D fooa 1898.00
 1--7
 ·T
 a"" 01126
 VOID
 CASH
 ETHAN MCCAU 40· - 12j 480 27
 · --~·--
 41 20
 · ---zfi
 39
 ··-~. V

 0 p
 1oc·
 1009:------
 1010
 1011
 · -..
 1898.00
 •oso.oo
 1315600
 7 07/26,LlONSH~AKER 40 1t25·· 450 25 45' ---'- 3.95. ~p 1012 ·'edoo
 7 07126 WELD_E,N SHQEMAKE,R ··20 14: 280. -16 2$4;00 P 1013 647.oO
 vr1z.c l"RED SEEHAOSEN -·- ~ . 8 _¥"u' '!ts ' HI .:io· 251,00 p ·---im"4· --"396M
 1-,=1 01ri6 AG - · , ~36 -- 36.oo P .· · 1015 ~-- 35o:«:Jo
 ,_ .7 01126 VA[BEMEREJERMl\~75. 16 14s ·12si - --~--·a-20,00 ·p -- 1016 - --· ~26o.oo
 7 e-c07t26 VALDEME~E l,,1;_B.MA -~ W . 100 - TOO:OO P~ . 1017~---, -360.00
 8 08J24 DON SHOEMAKER 32 H.251 360 45 315~00 P 1018 "675.00
 1-----=--8 08!24 WELDEN SHOEMAKER. 20 14 .. 280 16 264.oO P 1019 --_939~00
 a· 0~4 FRED-SEEHAUSEN. . 40 8! -·3.20 41 36 243.00 P 1020_____ -1182.00
 -(f i:i°'2"1 AO - . .- -36 00.00 r ·1021 -1218.00
 -8 ·-08/24 VALDEMERE LERMA 32· 16! "5:t2 58 454.00 ;P 1022 · -1672.00
 ··a 00!24VALDEMERELERMA 4 20· "so 80.00·P 1023T -1752.00
 a · :\iOib · · · v HJ24 ------~~~ • -175200
 8 VUllJ V 102:5 -17::>2.oO
 ! B o8i03 r;JEXAR COUNTY SWPPE MIT - - ----r---- 000:00 CF'- -1026 ---- -- ---=2252:00
--!81--08103 FRED'SEEHAUSEN 40·-- 6 320 ·33 36 251.00 p · 1027>----·- -250'.foo-:
 8Tli8io3 vvELDEt.fSHOEMAKER ,20, 14 280 27' 253.00. P- - 1026 -2756.00
 8 08/Q3 DONSHOEMAKER 32:11.25 aao· 62.: 328.()() p i 1029 -308400
 •-8 08/03 VALDEMERE LERMA-·... 5 20 160 100.00 P 1030 _!l!... -- .. --.§184.00
 8 -08/03 V"[DEMEREL~RMA 40 16 6.40 6() .- •~~L---~~1 --___ ~3'.i4.00
 1~8 OSl<n A<i. ..... 2Q 26.0() P _ ___1022, -~800-1?9
 8 08l03·txpwr--· 82.00•E 1033' . ·3a8200
 8 ·- 08/03 .CHASE BANKTXPMR REPA ffl\i1x:R"" __,__ 21'lJ2](fE_'""_ 1~- .. --~84j)Q
 -9 08/06 'CHRlS GARCIA" . REPP RS · 120.00 E 1035: - - -6704 ..00
 I) - OOIOO · CHRl~OAR.CIAfALICIA H NOJO f\C::J>A RS 100.00 e 10;:)0 -0604.00
 .8 OBI06 lMEibACAMMILLO .. . .. ---60.00 M 1037 ~--- -- -6924.00
 ' .8 I 08/06 VOID -·--~---.-- v 1038 ~-- -6~24:00
 ,-··a~ 681'09 ooNsHoEMAKER- 40 n.25 450 s9 - 381:00 F> 1039 -7s05;oo•
 . 8 08!U9 WELDEN SHOEMAKER 20• 14 280 16 248.00 P · -'f040 ·.7553,0Q.
 8 --08/09 FRED SEEHAUSEN 4()' 8 32{} ' 18' 23 36 243.00 p - 10.iff -- 1000.00 "::ij79s.oo;
 a 08/09 AG · . .:35 3'6.oo P 1042>--·-100.00 ~872 oo
 .. 8 0810!'.l VAJJ:lPMt:iRt::TF"Ri'itl\- . - 40 -1R· Adn ~ - 4A ~i;i\--00 P~- -·-1043>-- SOOJlO -6!1~!100
 1---c-8 -08/o9 VAL.DEMERE ~RMA -~5 ZO 100 ~ ----. __ 100.00._L --~ 1 ~!_1_782 812: 16
 a 08/to,&Off"IVE- , . . .. 202.49 s -ss37.49
 1045 1s2;s2.
 ·a 08116TNATIONAl 8L1IEPR1Nr · i- ------,- ' - - - .· - · : --~.33 ENG -1046' - -- - 400.00~-- -5276.ai
 t----=-0 06110 TXPMR CttAlNO'AW -· -- -· ' - - - · - . 59-4.10 c 10-47 . '""ooo.oo . --'-4071.00
 . 8. - 08/10 CASHDA'lLABib.R:ER . : . T- 500:00 DL 1048
 3200.0(f -2171.00
 ~-8 '. 08110 TXOPMR PAFffs·-.- - - · _ 121.59 E - --1049 25000.00 -227_07.41 I
 8 08110 CHASE BANK MIUXER Tl ETH 2812.00 E 1050 ··--;:-- 19895.41
 ~~8 08/17 CASH . ____:>Ula!U DL __ :_:105"! ___ ,.__ -:::_~~~~
 8 08117 DONSHOEMAKE!R 40. 11:25 450 SQ 38'1~ P 1052 19014.41
 8 OST17 WEL[}EN:SHOEMAKER c ·20 - 14 200- 16 - - ----~ooP- ··1053 -- . ··-- "1875Q.4~
 R Mi11 FRmsF=t:HAusE:N .•., 40,_ -~
 8 ··Dll/1f.~• --·
 ··m--:::ra 2a 36
 -36
 242:92 P
 36.00 P
 ~-
 1055-
 _____
 I
 18507A~
 18471.49
-~-~, 081·1r~EMERel.ER¥A 40 tff_~~~- 46, ~-=-- ~~.P "Hl56~-~----'-- 179_13.65
 8 08117 VALOEMERELERMA 5 20 100. :. 100.00.P 1057_ --~17~~3.65
 i s;-6im1 OQNSHOtMAKER- .4(!'°1125 A.sot- fig i '.IB1 OO'P 10!18 17432.65
 r a1· 08J31 WELDENSHOEMAKER 201 14 280 I
 []! . 08!3.:! fREO.SEEHAUSE_t~L ___(_-~~-~ -~~ __ . __ -~
 16 ' -~·~fi-~~--
 _ 2__¥.00 P 1~_9 ~- _
 171~~~
 _ 1692~.65
 __-_--
 r--=-r-==~c=--

 B Otl/91 l A~
 --· ··----· -·· .. .,._ -- -~-~~---

 t -·--r-~1 · as:oo 1? 1061 16aes::-ei;-
 8 081'31 VALDEMERE LERMA ·- ·40 16! 640 58! 562.00 ;P 1062 -16300.65
 ~8-1-.,.06/_3~11+,-'V=ALD=··~e_M_ER_E_·:_LE_R_MA_·__-t--_ _5 -.~or, ~1.00 100.00 p 1063 16200.65
 8 08l31 'VOID : p 1064 .,i--16200:65
-- - --o- -~IT~f=AL'o - . - . - .-- ---··--+-1=0-1---1""'4~,-22=-:-,.4-t--oz"""4-++--·---..-·---:ioo.o_o_ P · 1005 ·· · -- · ! 10000.00
 8 08/31.JERRYRICHIE ---- .. --.. 16 ... _1~! 208 21 l ~T87.o6 ·p -
 105.67 p
 · 1ti66
 1067
 ·-·---=i:. -15713.98
 1§~19-~~
 8 08/31 •ARMONDO LERMA 8 14 '. 112 6 · .
 8 08/31. FRED SEEHAUSEN BOBRIPJ,.E i f .aon.~1eR 1oss ·----.;-~14913~8
 _I;_ Iv 14!1T3.98
 -.:--r-r--..--=--=w=
 , • 1 .

 1--+---t----------t---+---+---·- -~~~- =-=~~~~----=--+--1491j:98_
 ' ! JV
 ·----1 --·· ·--- - ·-·-;--·~t··--·-·------·--rv--- -------!"--· ~--·-·-·-·-·
 I 1.4913.98
 1A013.08
 09/05! SAWS
 ··,---r--· ·-~----.....__,.···:----- ... - ... ...........
 --~-- ---<---~---+---++--~---~-~~-+--~------+--~-c=--i
 1060.00 W 1069 13853.98
 ,___,.___09_1_05__,i_V_AL_D_E_M_E_R_E_L_ER_MA_··_+--_24--+-_16~:_384 36 .. ; 346,00 P 1069 13507.98
 1---i--=:~·~=~-·1-;1 ~~~~R~EM_Y_R_IC_H_IE_·---t-----+-----+-- _. _ __ ---~=-=~~=- ~~ ~;~~::
 9 09/~IMCOMASONRY ! ! , 2000.00jKL 1071 11284.98
 ··9-00/051WELDENSHOEMAKER 20 14: 200 >-_1!!.;.:__+- 264:001P 1071 11020.98
 -9 09/051 JEREMY RICHIE 24 13 j 312 39 l . • 273.0() j P 1072 10747:98
 I
 9 09105 FRED SEEHAU$EN 40 8 1 320 40 ; 35 j 244:0() 'P 1073 10503.98
 1--o-9+--=09/05-=-=c.,,-1~-=o-=-o-N""'s.,..H""'o=e,,..,MAK...,..·
 ""e=R=-.--+-____,.40.,...,·'""1..,...1_2,,...,5--',-.-450·..,.,,.+,.,.- 69 361.00 P 1014 10122.ss
 9 09/05 VALDEMERE LERMA 3 20 60 i --'i5:oo 15·- ---1075 -------->---:i0047.98
 ,__!:!-+--'OW_._1?_-~J_FR_F_U~Y_R_IC_H_IF~·----+--?_?_s......
 f---,,-9+--_....,_F_,R~E=D~S=EE=-HA_·_U_SEN
 ,_~ --·····-· ~~&~-~1-rccrn~c-.-·-·-- ·
 · ___ 13 .2Q2 5;
 _ _-t---1-----· 1 -~=-~-·
 ' .
 . .·
 _ 38 . 254, 50 P
 _l_·_·:~c----~-·~54.00 P . __!~,_ .._____
 1 1
 ::~~ ~
 1078

 ~g;g
 Q71l3 48
 ·9539_·45-
 - -----~~~:~il
 f) ;l\(J I ·00' :'J0.00 p 1060 -tioo.-23
 : 09/05i~~ci:~i~~~~MA : ~~J ~~- S _d ____ ! ---~-i--~-- 1~· &--- -~~:}--!~ --- --~~J!
 9 09/05 :weLDEN:sf!OEMAKER- ·- 20 14 280. 16 . l 2S4JJO , , - -:ros3"'-···· ---- 1326.23
 ,_! _Ul:llOO ~·~· . . ·- Ltf{MA "IU lt> . Q'IV.. • . 04 i ;;J;JO.IJIJ t' ,jUU.UU llJllJ. .!:;>
 9 09/05 DON SHOEMAKER 32 11.25 36tf .. - . 2sfOO:P -- ---------779~23
 9 09!05 ·VVELDEN SHOEMAKER 20 14 280 264~00 p 515.23
 9 01/01- DON SHOEMAKER 40 11.25.. 450 381.00 p 1087 134.23
 9 09/23 FRED SEEHAUSEN 40 81 326 40 280.00 p 1089 85.ZS
 io 09123.!AG 36.00 p 1088 200.00 249.23
 10 09/JO :DON SHOEMAKER 40 11.25 45():; 381.00 p 1091 182.83 51.06
 ·;,-o--owao'!VVELDCM Sl40r;;,MAKGA 00 14; rul()'. 28-1.00 p 1000 '100:00 187.06
 10 ~/~j.~~~Q§_~E~AUS~f~t_ __+-'-_40--+---~--~9. ___4Q+ _ _..____ 244.00 P 1093 900.00 643.06
 10 10/07 1AG , i 36.00 P 1092 700.00 1507.06
 ~·· ._. "-·--7tlep---~---r----ir--~---r---rr;---__,...---;;;2;;;;;7.-;;;;7:;;;-'6t;:E::;-:N<.:;-:;:;1--:1'-0~9471------t--1"4:::;:79=-.36=-i
 lti i0/0i-:-1.JO'Ns""·"""Ho=1::""M=AK==t..,.K~-+--~!llll=-1--1=1-=2t>~.~4""w~1._,·-++-~~-_,__-~;;sts~,~.w.,,,,.·+"'~-+--.;,.1u·~~,-,...+1 1titfoffj" ____fltm.&B:
 10"·10107 WELDEN $HOC.MAKER 20 14 2$>1 1 264.00 P --1095. 186.10:· fl23:00
 10 10/07 FRED SEEHA(iSEN- - 40 " - 'lr·-320:·-40 : : .. 36" - 244.ocf p--- -1698. 4000.00 --4879.oo
 .10 10/07 ·AG ' ------y· ·:35_ 36.00 P 1096 25000.00 29843.06
 !TEXAS MUTUAL 904.00 I 1100 28939.06
 10 10/14 DON SHOEMAl<ER 32 1125 360 55 305.00' p ----"·i1oo - -·------- --25534.00·
 10 10114 VVELDENSHOE~R . 20 14 280 i 16 --·-··264.00 P-· • 28370.06
 -1~0-+--1~0/~1-4+=F=R=i;=o~g=i;:=i;;~t-l~A=IJg=i;=N~.~-+--~40=-+--g"'_+ -mt-·40· ·t ··---~·--"=·3R.n---?..->4Ml=--~·I0 P 10s:ls:l ·---- •- - - c·~-1,.7700
 10· 10/14 AG_____ ' I ' . -36 - 36~0 p 1101 28091.00
 10 10t21 .-, ..- ·--- ----~----, · T v - -- -- --·2aoero0

 J,g. Ci~~ " • • +-- ~ ·------- - ~~g;~:;~
 10 UJ.'21 FRED SEEHAUSEN 40 8 320 1 40 38 244.00 P 1102 -- -- .. -· - - .. -27847:00
 i 1( 'f1/76 VALDEMj;;Rt;LERMA-----,---·5 --30 "-l5o . V 10000.00 37841.0o
 ·1.t 1·112.1 :ooFf·sFioEMAKER ;2S~e1 r142s, soo · .,, ___ . -·---- v 1 -~ro-:430s.oo -42.1s2.00I
 --~--. - -- BOBBY CHINESE -~ ---- - .·· . 7808.00 BR 20000.00 54344.00
 . 11 : 11127 VALO~Ml;RE LERMA ·-·- -·--- - V 859.31 55003.31
 ~ 11/27 :SLVIA ROMOJLRIP ---- ----.....,, --,--+--+-+----+--- - -- 10000.00 JLR . 162 45003.31
 ~-119.l. ..f.$)St\PERMIT .. -.. ~. __ . -.. . . ;·--··. .... 25.nn CF_v_ 1024 . 44S7ttJ_1_
 1·1 ·11/27 IRS' . ~~~~. 2043. .93 ·p , 1126 42934.38
_, 'f'!T"'Fti27-i:z··- 39.00 s 1127 -·- ·---- --42895.38
 11 11127 IMELDA-------+--------··-------+---o------+--+ 60.00 M . ;· - 1128 42835.38~
 11 11127 NBP. - - - - - + - - i---- .... - --+---....+----+-- 66,~5 !:NC ··-1129 __ __ _ "1277013
 11 11127 I ---+-----+\/ 1130: 42770.13
 11 11127 · ---t-- .. " ' - - 1 - t - - - - t - - - 4000.00 IP . ffa1-, -----+--~3877{>-:-1_~
 -· ~---·· .. _,_ ---~----'--- -~~,i.·--~-~~·

 ... .
 HfZT IMELDA .. : .. oo.oo M 11·20 4"SOS&.:>6
 11127 NBP ! f}S.25 ENC: 1129 43034.13
'
 '

 \' 11127
 -
 - 1 v 1130 43034.13
 An00.00 p 1131· - 30034.13
-~ 11/27'
 i
 ~127 VALDEMERE LERMA 150.00.P 1132 38884.13
.. 11'27 DON SHOEMAKER ·- -·
 300.00 p .. 1133 i.--
 38584.13
I• 11/27 VALOEMERE LERMA 300.0D p 1134
 --"·-
 38284.13
I• f11Z7 v 1·5()()00.00 10029-4.13
 .. ·-- -- ...
 5468.00 BR OW
 -- ·-·
 40000.00 222816:13
!• 11127 WIRE TRACKS
 -·· -nao.oo eR
 11127 RRIPLET CHINESE RETl RN i 1 230596.13 ;
'"
~1 t/27 VALDEll!1Ef<E LERMA ·-·
 ·-
 5().00 j:>
 41.20.W
 -·· L _ - - · -
 108.
 1072'
 230546.13
 230504,93·
 "' 11127 SAWS . -
 110.54 ENC 1073 230394.39
"I• 11127 f\IBP
 175.0(l s 1074 230219.39
 11127 EZORIVE
 11127 c·f>s· I 00403.~ c:LI::'.• 101"G _.,_ 183010;00
 11 11127 TEXAS LANDMARK SUR 'EV 3000.00 s 1103 160816.09
 ~. -· -- 400.00 p fi3s. -· 160416.09,
I', 11/27 ,VAi.DEMERE LERMA .... ··-·- ---·-
I•· -723.00 'P..
h
 .. .. - ---· ·-

 '' ...... .

 ..
 . -···
 ! I
 -
 ..
 ·-
 -·
 !• .
·,.'---- -···
 .. - -· -
 137,475.69 ****'***•" 298030.84 348Z884.97--
 ' .. ' 139.06 TYP CKNO DEPOSIT ~Al,ANCE
 ' ! 137614.75
 ..
 ~- -- ·-·
 139.lJ6: BAN KCHAH ~t!:i
 ' ··--
 25759.!,le PAY ROLL
 "
 H
 -·-··
 ' 5416.49 SUR ~EV
 ..
 -- ··--·---
 I•
 .. A1A300 DIF~ Fl
 1----<"" ---· -·····--
 I•
 .-
 !
 -
 10824.02. EOl PMENi ...
 I•
 .. 66403.30 cPs:a~c ----
.I•
 ... ., . 16i:Kioo .DAYLABOR .. SAV500
 --· .. ... ..
 "IZ0.00 MAlllTAti'I
 ... ... -
 ;, I
 6296.00. _BOB RIPLE~
 ----
 : -- ·-·-,.- !
 I<

 I•
 1101.20,WA ER
 904.00 INSI RA_~C"'.F
 .. - j

 I•
 -- -··
 10000.00 JLR
 ,. -----
 l•i------
 cm A/FEES -
 ... 525.00
 342.82 ENC: NEER ii m
 "'

 "r. -. - -- -·· ....
 2000.00 KEY .LARGO
 111
 ~--- .. .... .137,61~.75 ..
 -·
 'i
 --· .,.._
 MOFIED FOR lJ TALS ·
 --
 '
 139.06 BANI< CHAf;GES
 ·-·-··
 ... 120,311.87 COii STRUV ~TION
 -- ~ ·«-·-
 ... ... 16,296.00 JR .... ..
 -
 _ ... 342.92 ENO ·--
 525.00 TAX i
 +------ ... .. .. --·· ' .. -
 ;...-..,. -·
 '
 -. ·-·-·· .. 137,614.75 TOT N- ....._.._-..J

 ~-
 -·-- - -.. '
 I•
 I•
 ORIGINAL ............. .t QRI•
 ·rot ~-OEP1 )Sff...
 NAI._-
 298030.84
 -
 • Ol;;POSffS G~R i;)t.P 0:MSi;;s 137614.75 . --··:.
 • ,SPENT ERR SAlJ ~~CE 1§0416.09
 ' BALANCE
 ..

 ---- ERR BAN !STAT MEN 160416;09 . ... ! . -1077.00 _____,
 1i'
 2000 qo" moN -O;OOj
 -~~-
 MANK t-tt:
 -
 .·-----··
 l:::RK
 ...
 ..
 ·-
 . .. I
 .. ...
 !
 RANr lfltPW 1:i~Ml(~·r.ONT(.\UR
 ··--
 !
 ' .. ·.
 -- --· -·- ·----·-
 : 2013
 MON DATE NAME HRS RATE TOTAL SS .. WH OTH1:1- AMOl.INT lYP CKNO DEPOSIT ;SAL.AtlCE
 . ·- OTHE~ AMQUNT TVP Cf5.NO oFPOf;IT RAIANr.F
 MON.DATE NAME FfRS RATE TO{AL SS WH
 i ... ., ... .. 160416]9
 1 J 01£14 HOLTCAT7 972-40 E 1-077 159443.69
 1i {11107 ALLSTATE; - ...
 730.00 INS 1-078 1511713.69
 - _,
 ....831.00 1{179 157882.69
 250:00 g~
 1 01/01 COSAPLAT
 1 Ul/Ul ~U:iAPLAf
 1()80 157632.69
 -·· --
I
 1 01/01,DYE ENT 2500.00 sui: ERR 155132.SQ
I

 1 01/01 TExAs LAND"!~KSUR\'EY
 •
 !
 -· 1.150.00 SUR ERR 153982.69
 1 01/01 IRS .. 1744.12 IRS 1136 6.69 152245.26
 ···-
~-i
 01/Uf ,f(~ <f15.96 IRS 2' - .151829.30.
 ·1 -01Jt)1 JOHN RIPLEY WIRE 9ll64.00 JLR ·3: 142365.30:
 ..
 v ·- 14236i301
 f {11/01 BANK OMDEND .. ·- :
 1 ·-· ·--
 ~-~

 v -··-· ··-
 142365,30
r;r -02/01 NDI" .. .. ... 20.01 !!=f.11;; -
 IOfl'J -- ..
 1~;144.4l:I

 2 02/01 SOUPER SALAD •··
 28.91 EXP 1085 142315.58
 2 02/01 VICTOR LOPEZ 1.5.00 12:00 187;50, 18 ...
 169.50 .p ERR 142146.08
 -~

 -ERR
 2
 2.
 02/01 WILLIAM Lt:vvi~
 02/01 VAIOAMAR I l=RMA
 16.00 11.00 176.00•
 .,nnn 1A Oil '360.00i
 ,.,16!. .
 ... 160.00,P
 .220:00 £' s::;nn -41.20 .
 ' -141986.08
 -141629.28.
 Hf()OS.20
 2' 02/01 VAL.DAMAR LERMA 3.00: 20.® 60.00 EXP ERR
 2' 02/01 CHASE CARO.•SR\llCE .• ' .. 13164.15 JLR 1137 128465J3
 2 02/01 TX LANDMARK SURVEY 1960.00 ENG 1138 126505.13
 2 02/01 ,ez DRIVE -· - ..
 ?AllO'I i=NG 11'\IO 126!125.0if
h 02/01 jLONE STAR REPRODUC ION
 ···-
 49:88 ENG 1140 '"126175.20
 : 2 02/01 :TEXAS MUTUAL 634,00 INS 1141 ,,, __ 12041.20
 - ·-·
 2 .. --·-
 1z5541.2[
 3 03/01 SLOPEZ 100.00 p 103' 1254.41 :20 :
 --
 ;)

 3
 U.JIVI
 ___ ,_ ...
 03/01 SlOPEz
 ~._ -
 ·- ·'
 :··

 -··
 145.00
 101.00
 E
 p
 '
 '
 -~~·
 1091
 1092
 125296;20'
 125195.20
 -- ..
 3 03/01 ARMONOO LERMA 9.00 15.oo 135.00 20 115.00 p
 p
 .... 1093 ... 125080.20
 3 03101 VL ... 12.00 18.00 216.00 --~ -
 181.00. 1004 ·- ---· - .. 124899.20
 .. :J 0:1/01 Vi:. 20.uu•<:A.- l~ 124879.20'
 3 03105 B&TGLASS ___ .. . .. ' . -- 200.00 E 1o96 i
 :
 124679.20
 3 03105 TX LANDMARK SURVEY 1180.00 SOI< 1097 123499.20
 -3 03/05 VL 33.00 ;18.00 594.00 136 458.00 p 1098 ..
 I 123041.20
 3 03/05 AflMOl400'J.,.CnMA ~o ..oo 1G.00 o+s.7.00
 -·
 4~:::1.00 p ·1uw
 -··
 1££tiuo.<!U
 3 03!05 iVL 120.00 EXP -··
 1100 122486.20
 : 3 03108 .DAY LABOR 300.0Q Dl 1141 122186,20
 3': 03/08 .OIXlt; on: ... ! 3349.37 D 11.42. - .... 118836;83,
 3 03115 VI 100.oO.E:Xr fHOT 116r.l0.M;
 ...
 3 Qaf15 VI..
 ·-
 ! 558.00 p ~ 1144 ... 118178:83
 a 03115 ARMONDOLERMA. 37,!'() 16.00 600.00 6:4
 -'"
 536.00 p ... f145 -·
 117642.83
 3 03/15 ARMOND.0 LERMA .. ,
 50;00 EXP 1146 117592.83
 SLOPEZ 28.00 15:00 420JIO p
 3 03115
 3' 03/15 DELMAR RAMIREZ 24.00 12.-00 288.00
 54
 18
 9fif\M
 270.QO:P -- 1147
 1148
 11722S:o:i
 116956.83
 3 03115 SAWS WATER.METER 1.060~00 w 1149 :
 115896.83
 3 03118 DELMAR RAMIRE:Z .. 16.00 12,()o 192,00·
 l
 ;i2
 ..
 180.00 p ffso - 115.716.83
 3 03118 DIXIE OIL .• 759.49 D -- 2000 ... 114957.~
 '
 J lfJ/18 ~U811N UISTRl8u1ct<~ 265.55 E .2003 114691.79
 w~ '•
 -
 3 OS/18 HOLT CAT 150.16 E ... 2004 114541.63
 3 03122 DELMAR RAMIREZ
 - 24.00 ·12.00 ?88.00 40 -- . 248:00 p 2125 ... .. 114293.63
 3 •· 03fl2 FRED SEEHAUSEN ~ROO 14.00 500.oo 78. 36.00 446.00 p 2126 113847.83
 . ....,...w IUL 7 113247.63
 ---.r--- ·- -· ....
 I v
 ...
 113247:63
 - -
 4 04/01 CPS POLES 1
 - .. 2481.89 R 1001 110765.74
 I 4 04/01 ASCO J _:!6().38 E 20011 110405.36
 . O'VC1 toomrjfilu;.,
 .. . ·- 'IQO;IJQ l:L - iG114'
 -- 11uvu5..;:i0
 ~~ 04/01 VALOE\'t1!=RE LER~A 40,00 16.!lO '640:00 80 ... 560.00 p 2115i . 10944$.36 .
 4 .04/01 VALOEMERE LERMA EX 5.00 20.00 100,00 100.00 EXP 2116 .. 1093'ffi.36 .
 ~
 4 04/01 ARMONDOLERMA 40.00 1.5.00 600.00 7_~ -.-- 526.00 rP • 2127 - 108819.36
 .4 -ndiil1. 'AR~OO L~W:.~ S:OO. 1.i.bo 70.00 70.00 £><r: 21211 100748.~o
 4. 04101 Scotty Lopez 32,00 14.0U 448;00 36 ' -
 .410.00 p 2129
 ..
 108339-:-36
 4 IW01 S~IO 8.00 14.oo 112.00. ~ -·. 104~00 p 2130 101g35:~
 4 Q4701 EA$¥ DRIVE -·- -
 1680;00:SU 2131. 106555.36.
 2135 ·-
 -·
 4 0001 CLEARCHOICE GLASS .... 11i.'.!R 16 :E .J04D1A ?O
 4 04IG1 SCdm'LOPEZ 8.00 14.00 112J:)Oi 100:00 p 104819.20
 04!01 OlXIEOIL
 -- 12 398.00 0 - ·- 2136
 2136
 - 104421.20
 .... ' --·-·' ..
 4 04/Q1 CTlLAX .. I 261.46 JLR 2137 1041~9.74
 24.00 17.00 408.00 ..375.00 p
 I
 I ..
 4 04/01 VAL.DEMERE LERMA
 O'i/01 OlXIC'OJI.:_ ·-· ..
 33
 _...,_ 396.iJI) IJ
 2139
 Z14lJ.
 .... .103784.74
 IU.:JoXJV.14
 4 04/01 SCOTTY LOPEZ 16.00 14.00 224~00 13 -·-
 100.00 111.00 p -~~141 ', .- - 103275.74
-· -· ·- 1-i'i.oo p 21-'12 169102.7..t
 4 '04mt
 4 CM/01
 Utr.HAFI
 ARMONDO LERMA
 ~·~
 1lt oo 1? nn to2 oo
 4.00 ts.oo ~:oo
 1Q.l)O
 -: 60.00 EXP 2144' 103042.74
 24;00 14,00 336.00 23
 ""
 313.00 p 2f4s 102729;74:
 4 04101
 4 04/01
 ARMONDO LERMA
 ARMONDO LERMA '
 { --- --- -
 42.00 EXP'. 2146 102687.74
 4 04101 FRED .ru=EHAUSEN 40.oo· 14JJP 560.oo 78 ~(too. 446.00 p 2147 tll??4174
 55.90 E .. -~45 102185-:ai
 4 CM/01 ASCO
 04/(}1 AUSTIN DISTRlijUT
 ·- 1()7.55.E
 -
 2149 -· 102078.29
 4, 04/01 HOLT 335.26 E 2150 ' __11)1743;0~
 04A>t ROSIE JIMENEZ
 -- ---· -· 1!)2.00 p ·2151 1015~1.03
 4 04/01•ACT 3479.54 PLB 2152 .. 98071.49
 ' 134.30 ENG 2153. 97937.19
 4 04101 LONE STARREPROGRAi ICS ... -
 CM/01 VALOEMERE LERMA EXf 5.00 20.00 100.00 100.00 p 2154 97837.19·
 4 0410.1 OOOEOJL 375.54 ti :n55 97461.65
 4 0410l VAlDCMt:Kt: LI:t<M.A t:Af 4.UO zu.w HUclJIJ. 80.00 t:XI" l156 91.JO 1.DO

 .4 04A>1 VALDEMERE LERMA 32.00 1·1,00 544.00 --· 55 489,QQ,P 2157 96892.65
 50.
 - ·~~. -
 466:00:P 2158 96426:65
 4 -04A>1 ARMONOD LERMA 32:0Q 15.00 516.0Q: ..
 ·4·, 04/01 ARMONOOLERMA exp -4.0() il4.00 56,(p 56.00 p 2159 96370,65
 .. O<HOJ ·rl"lcD.·3C011\UOCN ..O;OO; ....00 oOo.00
 ~.00 15.00 480.00
 TO -·
 45
 --- "°:oo -a.oo,.
 435.00 p
 --·.z-.01
 2163
 ~lill:4:oo

 95489.65
 4 04/01 SCottv Lopez
I 4 Q.4101, FRED SEEHAUSEN m2 .40.00 14~00 560.00 90 36.00 ;374.00 p 2164 95115.65
 4 04/01 VL -- ' 100.00 EXP 2169 95015-:65
 4 0.<110.1 DIXl!;OJL
 -.. ·I
 067.t• 0 t!170' IHOG0.•1
 ·- -· ·-
 04A>1 FRED SEEHAUSEN
 4 40.00 14.00' ;560.00 ao ,· 36J)ff 434.oo P -·
 2171'
 - --- &3624.41'
 433.00 p 2172 93191.41:
 4 04/01 ARMONOQ LEA.MA
 -- ~.00 15.00 486.00 53
 -- ~-

 221.00 p .2'173 - 92970.41
 4 04/01 SCCllV LODez 16.oo 15.00 240.00 19 ..
r----4 04/61 MICHAEL SISK 32.00 1:too 41fU'IO 4200. 374M P ?17A A?~i:IR41
 ·-~

 4 CM/01 VL 40.00 11;0Q 680.-00.1105:00 575.00 p 2175 92021.41
 .... - - - - --gf's65:4f
'----4 ~64/o1 A,RMONDO LERM,6; ~xo 4.00 14.00 56.00 5S:Oo'EXP 2176
 4: 04/01 Josuha Shoeve m-6 16.00 :15:00 240.00 18 222,00 p 2177 91743.41
 4' 04A>1 CORTEZ LIQUID 95.00 FM 2179 - .. _ _ _Jl1648:41
 4 04/01 lnaram 135])0 71.00 2485.00 COl'I 2180 . 89163.41

 --·
 4 04/01 A!3 ~36.00' 36.00 p 2181• 89127.41
 4 04/01 gnrtire 1.00 150~00 E 2182
 --- -·88977.41;
 1,00 ' 550.00 E i
 ' 2183
 -
 118427.4.1
 4 04/01 ~ dehrntt!!!.
 1.1411.11 l;;t':S I t:MI' 15~);{)() EL LlB4
 ~----

 - --88277.41
 -· ·- ... -·
 . 88220.41'
 04/01 .IRS 57.00.IRS 2185
 4 04A>1 DOOEOtL
 ... - -
 - 1230.89 b 2186 86989.52

 ..4
 . 4 .04/01 VALDEMERE LERMA EX! 4.00'26.00 oo.oo
 ,02.00. 10.oa :nz.oQ.
 .. - 80.00 EXP .. 2187 -
 -~--
 86909.52
 ---- ..-
 O'-llQ'I MMONDO LERIW\
 04/01 'ARMONDO LERMA exp 4.00 14.00 ! 56,QO
 :>!'
 - ..~.00 I"
 56.00 EXP
 ZIM ...
 .2189i
 C04::i.l.::tZ
 86395.52
 ·····
 4 <W01 VALDEMERE LERMA 40.00 17 .00 (RI0.00 ~ 575.00 p
 -
 2190 85820:52'
 J___ 4 _04.1)1 FRED SEEHAUSEN.m2. 4().00 14.00 560._00 .. $) ' 36.00 434.00 p 2191 . 85386.52
 _., o.tlll1 AC 3G:OO 36.00 p ::!102 8f>3S0,52
 4 04/01 MICHAEL SISKm1 16.00 14.00 224.00 18 ..... 206.00_P 2193 ···-
 85144.52
 4 04/01 Scottvlopez 24.00 15.00 360,00 .33 -. 327.00°.P 2°1'94 - · 84817.52
 4 04/01 Josul:la ShOeve m-6 32.00 15.1)() 480.00 18 ... 462.00 p 2195 84372.32
 4·6'J01 m&MeouiD Rtn fVl I= --·!>~<l7 1Rl!ll 113700.!i.3
 --~.377:00
 '.

 4 04/01 TEXAS MUTUAL iNS" . 83329.53
 4 04/01 .IRS
 - - -· .. : 1175.00 INS
 v- . ·- 8115U3

 05/3f ALaERT .URESTl'TXPMR
 ·- .. ; 1568~
 u-----wo.4. ·---... - .
 82154.53
 8fi5~18;
 5 05/01 ALBERT URESTITXPMR -.
 ;
 .67:72 JLR 1005· ... - ....... 8(1518.41!
 OSI01 AG
........ 55 05101 ·36.00 36.00 p 2121 80482.46
 VALOEMERE-lERMAEXl 4.00 2Q.OO 80.00. 90.oo:p 2125 80392.46
 5 05A>1 AG.
 ..
 ·36.()() 36.oo·P 2143. ---· 80356.46
 ... ..
 .J0.00 p - 2162 ~-
 ~

 ·:> UOIU1 AG -- .. -36.uu ·- 80320.46
 5 05/01 TX LANDMARK SU~
 .
 4750.00 SUR ·-2196 - r--· 755-70:46
 i ... .. 75334:'46
 5 05/01 ARMON'oo LERMA 16.00 16:00 256.00 20 236.00 p .2198
 5 05J0f:ARMONOO LERMA exp i .2.00 14.00 28.00 28:00 p 21.99 - 75306.46
 s ()O/Q1 V"LOl::MCRC .LERMI"> -10.c>o 17'.'00 ;ooo:oo .•.Q;J ::iro.oa F' ~~00 . 'f4T.3·i:40:
 5 05101 FREO SEEHAUSEN m2 40.00 14.00 '560.00 90 .. .. 36.oo 434.00 p - 2201 74297.46
 "---5 -05/01 AG ;.-36.00 36.00 p ; 2202· 74261.45
 5 0511)1 ~Lopez 24.00. 15.00 .360.00 .. 33 32-7.00 p 2203 73934.46
 ll&IO~ f;AIC~L !:H~I£ .., 1 '1.oi.00 " ..-00 -4.74U>O ..t2i .. OO 220-t '7361.3-~
 eo.oo p"'
 ~ !iii
 ··y
 5 05101 VAl.OEMEfU; Ll;RMA EXI 3;00 20.0Q §itoo. 2206 ·73453;46
 5 05A)1 Scoflv Looei . . ... 1$.00 .15.00 24.o.001 16: 222.00 p 2207 73231.46
 -- .. .. -

 ~~t-
 5 05/01 ,,... .. 1S3.0P E 2208 73078'46
 -'--'20
 J~O!\A>1
 ~ . LER~.ce.;
 ~

 _ _]:1113041'1
 5, 05Al1
 5 0511)1 AUSTl.N DIST
 1A.75 :f6.00
 2.QO 14.00 9 - -·-- .-
 24R.00
 28.00
 62.17
 P·
 p
 E
 2209
 2210
 2213
 ..
 72802.46
 72740.29
 5: 05/01 FRED SEEHAUSEN m2 40.00 14.fM! 560,00
 --
 go
 -- -·· 36.oo .. 434:00 p 2215 72308.29
 5 05l01 otXIEOiC. .. .. .. 784.01 0 2216 71522.28
 : ::J IJt>IUT t=zC11-ttVt 424.00 tNG - 2218 fhnto,;!6
 - -
 Li! _QS/Ol Josuha Sh~ m..a 16.00 15:00 .240DO f8 222._I>_!) p 2219 70876.28
...
'-5
 0../01 VALOl;.Ul;IU:; Ll;PUA&;.V:I< .A,00 ~0;()0 ao.oo '··
 80.QO p
 car
 ·----.--.---- . -
 ::1%22 '70'106.!UI
 70086.28
 05/01 ilnaram ReariYMiX' 110:00 2224

 . -=
 3782.58 JLR 2225 663o3.70
 5 05/01 CHASE CARD SEVICt:.5
 5 0~01' VALDEM_ERE LERMA. 43"]0 >--·- >-----·
 731.00 mo 121. -- -· 610.00 p 2232. 65693:70
 ,~-
>- '5 _<vi 00 AAMP 77'.'l.4· 658!;7.'70
 0.'i/01 A(; ·--.- 1 - - - · 65431.70~
 5 05J01 MICHAEL SISK mt 11:50 14.oo 245.00 19 f_;__ - 2235
 5 05/01 Josuha stioeve m-6. 35.75 16.~ 572:tl0 56 .. ,
 516. p 2236 64915.70
 5 05/01 CONTINEENTAL BADEF. ES ' 638.47 E 2237 64277.23
 ...
 5' 05/01 HOLT CAT ~
 ·- -- ......_._ 2729.64 E 2237 · · · - - · -~__Mfil..§l!
' 5 05/()1.ACT PiPE 3071.02 PlB 2239 56476.57
 5 t>SI01 TXPMRFENGE
 ---- '
 2857.8<> FE 2240 -
 5ss1s.11
 5 05113 V,,,_, GmJNOY I 273;96 ~ 2241 55344.81
 -· 1814.00 E 22"4: 53530.81
 5 05tl3 DISEL PUMP SREVICE ... 5307tf.81'
 U;» 1:i IAKl\"IONUU Lt:KJlllA ;;s~;oo \llU~ ;ou:.uu l)U -.::iz,\1\1 f' .zottl
 -5 b
 05/13 VALDEMERE LERMA 40:00 17.00 680.00 105 . 575.00 p 2246 52503.81
 5 05/13 FR,EO SEEHAUSEN m2 ~.00 14:00 56().00 90 36.00 43<t.OO·P .. 2247 52069.81
 1179.30''0 2248 50890.51
 5 0511.3 DIXIEOIL
 o·: OQl:'J3. 'I\!;)' - .
 ...
 - .ltj.Ull t" LL4'll
 ·-
 ! !>tttl!>4.!>1
 5 05113 IlSWltY. lOlleZ
 .
 3.DO 15.00 12().00 18 ... ·- .
 102.00 p 2250 50752:51
 5 05113 MICHAEL SISK m1 32.DD 14.00 448.DO "8 400.00 p' - 2251 50352.51
 5 ll5/13 :.VAl.[)tMERE LERMA EXf 4.00 :zo.oc. 60.00 80.00 p 2252 50272.51
 ~71).00 ,, ~7G$.G1
 Ii 'Ollli3 .IC>Ouho Shl'<>Ve> m 6 32.00 >JS.OO £1?-00 30
 - ... 22&3.
 5 05/1.3 CORTEZ ..
 95.00 p 2254 49704.51
 ·--· 480.00 p 2255 4922-4.51:
 5 05/13 M&M ~.-- <---
 5 05/13 GUARDIAN INSFORFRE l ..
 ! 7586 27 JLR . 2256 41638.24'
 llSfi') Al.I i:lTATI= !i10.'-o ~§-~P5..!' ~1118.7.ol
5 " 051.13 ARMONDO LERMA exp 4.00 14:00 oo;oo;· ' •·
 56.00 ~ 2258
 L _ _ _ _ . _ _::_ .

 41002.74
 05/13 DIXIEOIL :· 700]10" p -- 2259 40362.74
 .. 5 '---· '
 'l!66.67 P_:_~- -2260
 .:.

 5· 05/13 FRED SEEHAUSEN m2 24.00 14,00 336;()1) 32 36.00 40094.07
 5 o5i13 1VAlO.EMERE LERMA EXI 5.00 20.00 100;0'() 10Q.OO p '-
 2261 -.-.01
 5 05113. CHASE CARD SERVICEs; -.
 3782;58 JlR ... 2262 .. ~
 36211.49
 5. 05113 CHASE CARO SERVICES 3598.64 E 2262 32612.85
 5 05/13 ARMOt.iDO LERMA :4().00 16,00 640.00 ·l13' -.
 567.00 p 2263 32055.85
 -----
 5 05/13 ,ARMONDO lERMAe>q> 5.Q() 14.00 70.00 70:00 p -·~ 31985.85
 ::J U!>ll.) VALUt:MtKt: L.~l'UlllA 1'W.U\I 111.uu ll>tl\l.W 100 n1;.i.ou IP ~ .. ·50000:00 .-------i!'f4l<T.8"5
 5 05113 FRED SEEHAUSENm2 40.00 14:00. 560.oo· 90 35.00 434.00'P
 •·
 2266 -5000MO· 30976.85
 5• 05113 DIXIEOIL 1647.91 D 2267 29328.~
 5 05/t:J AG. . -36:00 36.00 p 2268 29~2;94
 0 OOfl;) VL
 - ; lUU.UO !::At' 'i!uu. ~192,94
 ...
 5 05113 JOSUha Shrel/em-6 40.00 16.QO -MQ:oo '§5; S<UlO 535.t)(} p i~---
 - --"2272 ___ ..... 28657.94
 5 M&MeOUIPMENT 420.QO E 2.8237.94.
 - · 05113 ..
 5 05113 ALPHA TESTING 451,75 EN<: 2273
 ----- ·-·
 27761t19
 6 0Sli3 cRcc·1u:vc1QA ~-4.00, ,a:oo 312.00, 'IB.00 !MH.OQ,P -~ L ____
 27&22.10
 5 05113 FREDSCEHAUSEN m2: 40..00 14.00 560.00' go, 36,()0 434.00 p ·. 2278 27068.19
 5 0511'3 DIXfEOIL
 --· 171:56 p .. 22005 26916.63
 v 26916.63
 - OSI01 BEXAR COUNTY
 6 '
 ..
 ... - 3.'>00 TAX "1oo?
 ..
 7RAA1 A'.'!
 6 06/01 AijMONOOLERMA ' llLOO 16.()()i 128.00 2(l 108.00 p 2274' 26n3.63
 6 06/()f ARMONDOLERMA 2.00 1:4.00
 -·
 28.00 EXP. 2275 26725.03
 6 06/()1 VL 43:00 19.00 !16.00 .. 130 ' 6fl6.00 p ' 2276 . - - ,____ -26039.63
 6 llRlmt WI• I IAM i_l:\11111:1 IHtOO t•.l'li1 .224.llll .,.,. HIS!" p 2277 - - - - · ~~
 --
 6 Q6103 DIXIE..OIL 652.52:0 2279 25199.11
 6 06!03 AG
 - ' - - · - 1-------: ·-36.'oo 36.00 p 2280
 .. 25163.11
 6'. 06103 .EZORIVE 276.46 EN( 2281 24886.65

,
1--· "
 6 06/03 /.C.T
 6 UIJ/03 .KUUY U:RMA .. - - - !li.IJO 113.••
 --- ,____
 . g7_ ~LB
 . -r---{~:~ 2282
 '2283
 24640.55
 24443.55
 ~06/03 VL--- .
 ... ~-

 ' -
 100.00 EXP 2284
 · - .__ .. _
 24343.55
 6 06/03 DIXIEOfl $67.00 0 2285 23756.55\
 6 06/03 INGAAM READY lilX 1511.05 JLR .. 2286: ----~245:!0

 0 00/00 .GRCG RCVE.IM o.oo 13.00 TO.QO 0
 .. -·T.Z.OQ ,.. uoit ~~11~.~u
 6 06/03 CHARLOT CONC 433.84 PLB 21739..86
 6 00/03 VL. 14JlO 19.00 272.00 21.<JO
 ·-· - 251.oO'f>
 ..2288
 2289 21488.66
>-·5 06/03 FRED SEEHAU$EN m2 40.00 14.00 sso.oo ~~: 36.00 434.00 p 2290 21054.66
>--s,-.06~ NAPA
 ·-- !.---·· ... .. 676.0? E ·- 2.201 -··. - 20-4'70:so
 6; 06/03 AG 72,00' p 2292 20407.59
 6 06/03 VL
 - ··- 2.00 20-l?O 40.00 EXP 2294 20367.59
 '.""" 6 OEV03 Ingram Ready-MIX .. _ 071i.05 JLR 2295 19388.64
 6 OBm~ I VAN GRUNDY
 -
 .. 65.Mlt= 7".HJR
 -- .. -- I-- 19323.64
 ·!
 6 06/03'DYE 1550.00 SUR 2298 1ffl3.64
 6 06/03 lrniram ReadY Mii
 -- ' ·---- 2403.15 cor. 2299 .. 1537'0.49
 6 06103 FRED SEEHAUSEN rn2 .. 40.00 14.00 soo:oo !!9.: 36.00 434.00 p 2300 .. 14936.49
 6 ~oi;/()3 ALAN HYDJWJJJCS .. 211.11 E 2301 14725.32
 0 UON.:1 texas rnmual insurance cri noany ; 3110.00 INS l30Z l16l::J,3io!
 G 00A)3 WILLIAM LEWIS 16.00 1-4.00 224.00 36 I 188.00 p 2~02 __ ,. 11427,~
 ··ss7.7-+ 10009~.001
 -~~~
 2300. 1
 6 Q61.E>3 !'CT I 221.50 2305• 10648.08'
 6 D6I03- ALPHA TESTING -
 ti 06/03 FRED SEEHAUSE~. rn2 40;00 14.00 000.00' 00 i 36,00 434.00 p 2306 10214.08
 6 06/!)3 DIXIEQIL __
 - 276.62 D -2307 -
 0037:46
 R llMl3 A~
 ,.
 - -~nn
 -··· !VI 00 p
 -- ?'los.: -- 0001.49
 6, 06..V3 ASSOCIATEOESuPPLY . -
 1039.95 E 2311 .. 8861.51
 6, 06/03 CERTAPRO 5786.42 BK 2312 ;
 3075.09

 6
 6
 .....
 ,.,,. CONENTAL
 06/03 HYORAULIC S.
 BaES
 6 00/03 FREOSEEHAUSEN m2 40.00 14.00 560:00
 --
 M ~RVIC~
 --
 90

 '"••
 36:00

 ·- ..
 545.79
 .. 647.87
 48.73
 p
 E.
 E
 -·
 2313 .•
 2314
 2315
 ...
 I
 - 2528.30
 1RR0.4.1
 1831.71>
 1831.70
~ - .
I ] . "i]TJ03 'CHASE 1039.51 E 1078 792.19
 ' ,--.. -··-
 7 07/03 US AJWAYSBOB i
 _.,,
 "'-+ 1143,52
 440,00 p
 JLR 1079 ~56.33
 -796.33
 7 07/03 Josuha.Sht&ve. m;.ij -
 30.00 16:00 480:00 40 1080
 7 07/03 Vl 60.00 EXP 1081 ·856.33
 ··--
 7 07/03 \It. ~:'?'Q HU>Q 57(1,00 : 464.00 p 1082' -
 -1320.33
 -
 7 07/08 GBMBINSURANCE -. ' 6879.W INS' 1084 -8200.32·
----, . Utiuts ,JQsuna.srneve ~ ,£lll.U\J It'-~.: lUISO
 -··
 •o",e;";::l2j
 7 07/11 vt 36;00 19.00 684.00 95.00 585.00 p 1086 -·. -8814.32
 7 .07/11 Vl -
 111.00 ExP 1087 -8925.32
 7
 T,
 emu Josuha Shte.ve m-6
 07111 o1:.u11y Ln"""
 32JJO 16.00 512.00.
 o>o.oo ·'t.o.oo .ioo.oo ao.01>"
 66' - -.·-. ·-
 452.00'P
 "i:l0.00 ,.. 1089
 10$0 :
 .'9377.:32
 ·S®T.::ll
 ..
 7 07F11 RUDYLEHMA 32.DO · 13.00 416.00 11 405.00 p 1092 --- . : -10212.32
 7 07/1 t ,FRED SEEHAUSEN m_2 40.00 14.00 56Q;OO 90 36:00 434;0() p 1093 ·10046-32
 -- ·-·
1---, 7 07/11 DfXIEOIL
 ()7/H R.!W.L COMl<.Z - . ..
 ..
 -.
 -··
 i
 2000.00 b
 '160.. 00 p
 1095
 .. 1006 -·
 -12646,32
 13006.3!!
 1 D.7111 FLOOR DIRECT .. ' 1000.00 BK•.. 1104 ·14096.32
 -
 7 07/13 ASCO 839.39 E 2238 -14935.71,
 7 07113 ADEL.ANTE CONTRACTC RS
 - : ' 10596.00 PLB1 2301 ! -25831.71 l
 7 07/13 Vl 6:rno FXP: ?316 -7!'i.lll'l4 71
 7 07113 WILLIAM LEWIS .. 16.00 'ifoo 224,00 ~
 .,,.
 - 100:00 p 231.7
 -
 -26082;71
 ··- -
 7 07/13 HPLTCAT 657.69 p 2318 -26740.40
 7 07113 AG i 36.00 p - 2319 -26776-40
 7; 07/13 Vl -
 - - -- -··20.00
 ~- 2320 ·Zb796.40
 7 07/13 GREG REVEIRA 35.00 ! 13.:()0 4?5.0Q 76:()0 379.QO p 2321 ·27175.40
 7 07/13 .FRED SEEHAUSEN m2· .40.00 14.00 550,00 90 36.oo 434.00 p 23'12 --- . ---=2f6o9.40
 7 07113 t=.MELDA CARRILLq_. -·. 00.00 p 2323
 --~
 f----27669.40
 -··; ""\hn..>
 . 07113 ARMONOOLl!RMA
 l.t'~
 32,00 15.00 480-~ 74 -406.00 p
 !:1,;;s!> t'
 .. -
 .. 2323
 ;.!;jl!4 ·-
 ·28075.40
 ·.t:OUO'f.J:l
 ·-
~ 07113 GREG REVEIRA
 ·- ·•

,___., .. 18.l)O
 .. 20· -·.·
 214.00 p 2325 -28298.75•
 -·@13 ACT PIPE '"
 137.29 PLB
 . ·- 2338 -28436.04
 7 07113 GENUINE PART$
 --·- s.38,P 2339 -28444.42
 7 07/13 HOL.TOAT o~.C):i·p 2340 -2,91.:)().47
 -·
 7, 07'13 CONTINENTALBATTERI S 134.4() p 2341 ' -29270.87
 7 07113 SAWS ;
 ... - 880.50 w .. 2342 -ao1sf31
 -- ---
; 7 07113 iAi:il>O
 ? 0711, Vi!INCRUNOY ------
 ..
 1()8,25 E
 1G3.00 i:
 .. 2343 .. -30259.62
 . I t!3+t
 - Q0;422JS2
 7 {)7/l3 AUSTIN DIST .. 144.55 p 2345 ·30567.17
 - 7 07116 JESUS DE!:fOYOS
 !
 1395.00 E 2346, -31'962.ff
 ..
 ... 7 07116 AG 36:00 p 234yr--··· ·31998.17 •
 7 07116 RUDYL.ERMA
 ..
 11 '
 ... ' - ' --
 7 07/:16 FRED sEEHAUSJ;:N ~2
 8.00 194-90 t 93.00 p
 -·~.OOP
 -· ?~A
 ·- 1?.
 ::.l?ll<11
 40.00 14,00 560.00 ~ 36._o() 2349 '
 '32525.17
 --r ~07116 VALDEMAR LERMA EXP 5:00 10Q:OO 100.00 •p 2350 -32625:-ff
 1 07116 WILLIAM LEWIS 16.00 14.()0 !ll4,00- 36, 188.00 p 2351 -32813.17
 ... ·-·-
 7 07/16 $cotly Lopez 11>.oo 240.00' 32 208.00 p 2352 .- . -3302lJI.
 7 07/16 Vl 646.00 p ... 2353 -33667.17
 ·-· -·
 7' 07116 Josuna srueve m-6 ~-00'16.00 ~,00 50
 - 510,00 p
 -
 2354 -34177.17
 7'. 07/16 AG .. 72.00 p 2356 -34249.17
 1 07116 TEXAS PMR SKID STEE -· 3200.00 E 2357
 .. -37449.17
, I U/110 trulJUl::I I t<l::MINAIUK:S., Tl!S.60 1£ l!35S ... •.;)t ;JQ( · " '

~ ~07116 FRED SEEHAUSEN m2 40.00 14J)0 561).00 90 36.00 434.00 p ""2361-- .. -38001~97
' ·--· 7 07116 ;WILLIAM LEWIS '16.00 1.4.00 1224.00 36 188,00 p 2362,-- -38189.97
 7 07116 vc-. -
 40,00 1a.oo 720.00 90J)Q -
 7 07(1& ACT··- ... .. 630.00 p
 :i:r+.~ r
 2365.'
 2306
 -38819.97
 ·393T<t.tl1
 1 07116 ALAN ttYORAUUGs --- 884.39 PLB 2371 40258.901
 7 CH~!; CARO
 --
 07i11:) .. 4234.oo E 2374 -44492:90:
 260,00 p
 ·- . 7
 7
 07/23 Sconv Lopez
 07J?'Q VAtnl;;~ I r:~MA - ~.oo tlJ,00 512.00
 1000 ?0-00 ~1¥.l-00
 52.00 200•
 ' 900()0 Ql'P:
 "2376
 2'?.77 'l;orJOOO
 -44752;9()]
 .DQ&2.CIO
 7 07123 RVDYLERMA . 24.00 25.00 287:00 p 2378; 25000.00 14760:10
 7 07123 WILLIAM LEWIS 16.00 224.0() 36 -- 188.()() p 2379 57.00 14.629.10
 ·-·-
 7 07123 VA.!DEMERE LERMA 40.00 17.00 (J80.00 89 600.00 p 2360 4.07 14()33.17
 165.00 p
 7 Q7/23
 KE1TH_:>:~1iA!JSENin2 8.00 180.00 15 2381 13868.17
 7 011~.... [40.W 114.w tllHJ;Ull 00 36;UU ...,...uu,P 23221 --U43W
 7 07123 WIRE FOR COM TO RICt IE 4526.25'E 23222 .... 8907.92
: 1 n11'~ 'f!A~ i:nA riA'~v~.J~A=RO=A=----r-· · ·~-~~~.--------~~~00:00° P !22l:!l:!3 O?o?.01:1
·, B 08119 ~SEARS ---+--+--+--l-----'--l--+----l!~~906-=-:.56~:BK=--+------'-c:..;..::.:38~,;;,7_t~~~~~:~~~~:7,.::...8;;;;0~1-=.~36~
 ·-"'---------1---1----t-·····-..J----l----l---;..._.......::::::;:.:;~c...:_1---·- 7351 36
 8 08/08.RAYGoMEZ ! ' 450.00 E_ _L_ _1_02_5__,_____-+--~""'··,..,,·='
 8 08/08 JQE:Ui.RRICA , ; 30.00 P 2360 7321.36
 s 08/()8 l.AM;o.:;r;.:·Fi::,,:U~c·:.:::K:;.,,B~i:t~O~K=e=R-1--...;.....,f----',--+-~--_r-_.-.-+---+---·.f..:-=QO!\;;.;.;;.,·m=.,+1==--+--...;;;2"'-aJl9'-:.-x+----+----8llif.;,.2,;..1."'98""
 8 08108 JESUS QEHOY::_.:_::S::...:--+--+-~--:-l--1.--+____,. -.t------"----'--+---+-! -- ·~45"-o_:oo_··.,...E_4_ _2_~~ j -·~---l---'59;..;;..;....71=.36:.;::_

 :a 08108 N:J

 8
 8
 08I08 LOPEZ
 08l08 NEW LEAF HOMES
 . I

 100.00 p
 600.00 cot.
 2386
 ! 36.00 P

 ~= ~M~~ . . . ·+---1-----1'-··=~====~==~===--+-·--.:::l-·-_,-?z.;~ m~o~ -. : .0 ~.~~~~~;;_;:::=:=2~2"";8~86;5.;...\--'· ::::._--+---c:~~~='-':i:~·
 scorrv 2835.36
 2.~38=.,,l6,........._ _--J_ _ _ _
 22'"'.3"""5.=36-=-1
 2384 i .. _ 5935.36

 8 08/08 OYE ENTERPRISES 1912.50 SUR --2388' 322.86
 s o&Jos E2 bRIVE ··· ~--1---+-----+---<---,----+~ -=-309~.eo~s""u"'='R+----'2::::3:7as=+------t--"""""13"",2~0•
 tl U1111Jt1 l)IJl..11:'. UIL i 4WIJ.00. 0 2390 -3986,80
 8 08/08. CORTEZWASTE 190:00 FM 2391 4176.80
 l--.::..\-~~~~=-~:::.:.:::..:__-4--+~-+--t--+--+---+----if--....:..:;~;;+..2f-----c~:i.-l-- ---l-------'--~ ..
 1--..::.8-i-,,08~I08~~C~PS-----"··--+---+--+ __.j.___-l--+--~··-·-+----+--18_.4=24-=-FM.,.....-i- __2_3_92_,__ _ _..__ -4195.22
 s OtWS 1NGRAM
 -·-o '0011b ALDCf\TMC~OOOQ C· --l----l-----4---.- ... --
 344.00 co~
 11:lb.UU.f'
 239.3
 Lc'IH4
 ___ . -4539. 22
 •;oJUU't,.£.£

 8 08115 FREOSEEHAU$EN m2 4D.OO 14.0Q 580.00 90 ... =36~:0~0+---1-....:.;.434::;::.:.;.00::;.+;·P~1-----;239~5;+·---- ... --+---"-e'"'=o9="s:.:.::.2:.:;.,2
 8 08/15 PG , -36:0Q. ··---1---=3:.::s...:..O.::.<i'...:.~P~--.1.-.----~~2-=3=.:..:96:.::::.i..i.._-_-_-_-.:._·_···:----=-a=134~_2-=-12
 8 08115 Josuha Shreve m-6 ·· · 40.00.116.50 000.00. 50 t 600.00: P 2397 ··· -6734.22
 11 01111s \MLLl.l\MLewts: oo.oo oo.oo >too.oo 2::0.aa r 20!» :oao4.ff
 8 08/15 VALDEMEijE LERMArn-14().00 19.00 760.00 85· 675'00 P 2399 -765922
 f--8.,._. .~os~11~5+t.o,....._~UIS~LE=RMA=""o---~·---+4""'0~.00==..+11=s=.oo'::-+-:640:=-,oo=+-=a-=-or----+-.. --i---+---'4:.:.70.:;;;:o·o~"=p~1--___;;2;c_:4,.::...oo=-+-- ·
 1-, .s12s.2~
 8; 08115 VAL.DEMERE LERMAm~Ho.00;13.00 520.00 50 ...-+-~-+--,-1-0.~00-i.....Ex-p-1----24...;,0::;_11--- ~823,9.22
 e: 08115 SCOTTY LOPEZ ?1 nn.1.tnn ?.!WOO # 61l0.00 p $4(]!:1 - - - - - 1 - -..a_.a10.:i:i
 8: 08115 GUZMAN PAVING ' 2000.00 PAV 2403. -111819.~2
 8~ 08115 GUZMAN PAVING 5235.00 PAV 2404 -16054.22
 f---8+-·0S122 FRED SE;_t;HAUSEN m2 40.00 14Jl0 560.00 90.... 36.00 4.34.00 P ·2405 -16438.22
 8 08122 "''"""" 1 o"""" -36.00 ···-'---511-'-o-o"-o1-P- ·-----,=.:.._c::.rrT"-l--- -+--~.1=7flRA=-=,?
 : 8 08/22. VALQEMAR LERMAEX--P-+,s-2-.o-0+1~6-.50-+-5-2B-:OD .........._~5(}..,...._ __ . 1-="'-"'"-1----l-:-""'11'"'0'-'-.oo=+p-+--=2408 - - - - + - - :17178.22
 8 08/22 VALDEMAR .LERMA 5.00 20.00·100,00 675.00 IP 2409. · -17853:22
 8 os/22 lowLERMA ·· ·· ·· 40.00 1900 100.00 85 _ _.__---+--=2:.:;a·2='-.oo=.:::.i..;...P---+---=2:.=41'f.i.-._--~---1-a1-':i-.s.~22.,.-j
 a QBJ22 Jos.uha $M!Ve. m.e 40.00 16.. .; .00c;:.i. ;S40,.=. .: . :.oo'=-''". '".-...;;00.;...1-----J,--.. . . --~L...-CtfL..·oo., PE.24i2 -18613,22 ~
 6 Olllii!ZSt't:eiALIYIKAILt:K~ 24.UIJll:li.uulJ12.00 JO ""·vu 2413 ·18732.22'
 8 08122 ACf 14.00 - ---+-_-_-_-
 -1902-""f.95 295.73 PLS- 2414
 08/29 ALPHATESTING .20476.08 1448.1:J TES 2415
 - - - - - + - - - ---+----+--.......,---+---1------'---~1----L---'----·-+------l
 08.129 ASCO 387.90 E 2416 -20043.98
 00/l& CONTJNEHT"h. a.ATTl:.RI 0 ~ ,.. ---J--+------· ii!4u,oo t :t41] . JiiOOU.uu 01no.U<!
 081!!0 Cl-IRIG CARCIA 17s_oo r 1--2.4so 33"109."4~.j
1--....+-·.:::~:9;::0~1:+~:,;:A::.;.~~ll'""OL=-cO=NE~----+---1---1---1------i~__,__ _ _ _ L ~:!i ~ 2454
 -· ::~i
 10/01 ~f.1UTWL 2Tf:34.64' 15Qf.()Q INS;
l---+~1~ru~o~1~R~K~P~F--=~===----+--f--+--+-----+--,.+--~---'~:xl~1~A~1~·R11::+;,R~~=l----=-::-==-?+------+--~ ~~.·6300
 11/01 US POST OFFICE 7.37 EXP ·'"-1_..1_0-'-9+------+---~"""'.::..:SS="-'.63J
 11101 BEXARCIOUNTY 20.00 TAX. 1104 565:63)
 11/01 E!EXARCIOUNTY 65.00 TAX 1107 1500.-631
 11/01
 EZ DRIVE ----·-,1=39~.20=+S=!J~.R=+.,__-._-
 ·-...,,.~,.-,,4~=7=+-------1--·=7004,§4)
l---+-+11¥'10~14-C'='lP~S~~----+--+----+-----1---+----1---1-----'7.40~.S2~F'M 2458 9364.<12.
 11101 SAWS +---+--l--->---+----=ce5=='7:--::,16 W 2459 17511.45!
1----+-1""110..;.1~AM--=E..;_R1'--CA~N~.s,..,1GN~AL====-::===-:===:---1,... 2400~00 slGr ·· ·=2~460~-----~1=11::...,1-,-1.~45='1
 ·~-+---+---.-~--564~..-=-3.-=51,.-t;T~AX=.t-- ·-2·=4=5;
 11101 IRS
 11/01 IRS
 ----
 8~.19 TAXi
 11.a7.94 i
 2663.75'
 2462
 1
 11/01 CAPITOL ONE l 1441.40 EXP
1----1-~1',,-110~.1"-+=B~K--~------+---+--+--1-----+- ----- t-· -· ·-·---.--~~12=2~3~,3=1+,B;;,.K:;,_+,
 2463 ~22u1 \
 1 -~24..,.;64~---+--- --- o.ool

 11101 i 2465 0.00 i
 I 11111 tJ t . i4titi IJ'.W
l---+~1-==1101~f---------·-+~-_-~_,,__ _,___ _,__---I-----. ·-------·"···--_,___ ____,'"=p-1----2=~=5=7+-----+---· -o.oo
 11/01 322318:37 ·=E=R=R+1~4~01~2=5~.76-=-1---.......,,;;,,~

 C:f'ltR
f---t----+--------1'---+--+---+--- :._·a"'"~~l=§·,1;,~""'.AL,----\---__.,.1604=-c""'t6,..,,;09=+---l··--· ..-- ...

 BK 21904.70
 ·--t---l----1f--_,....-f---¥.H:;IO:;,.L-+-----l-----c;6oo:f1 :20·=-=-i--1----___,1-----+
 SAV -20000.00
 -------+---!-~--- . -···-· -+----1-Tc..:;Oc..:.T'-'1--.Al-=--N,.:,,GO=~E=--_.;,.;160~1945.90
1---+----J1----------+---+---1---l----l-'...T0.:::.11'.:.;'·A..:;:..cCA::;,,
 ...:.::S:;,H.:.... 322361.99 -
,___,___ -+----------t----l--+---1-----l~SGPE!;;!N~•T~.- I 322318.37
 ·-+----11---+;:BALAN~·~· 1•
 ±l~GE·~~--l--~ ·--44~.64=·+--------
 CHEQK BOOK ······- .3223!1!~3? ·-· t-·-·-· . ----i
1---r---t---------t--+---+-,.--+----+=BA=-~=·LAH
 :..:i-:-:C=-=E=--.+i__ ..,.__;~---l-~---·i-·· ·-+-----'
 I

 ' : i
1--+--.J.--======n~~g:t==~ SPEftl- ; c it JLR
 ----+:.=.::--
t-~-+--l--------+--+--+--+--J::P~'A~Y~Rg;;DL~L~k--1--.:,.;;71221.46 C ; 7122f46....,.--
 ·-+---i~CO~t::.=iw...:.:TRUC=:.:T:.i,:O::.:N.:.__1_...:1~5Wf:36 C · 15171.36
1---t----+------·-=-~~1=_~~~"=-~~:~-=- TAX
 tl.IUI' Mt.NI
 18595.89 C
 ;ucnt>.l)O/\., .;JJO :.>.oo
 OFF3031.89 C
 --+---+----+- ·-+~B;::K~=---+----1._-.._··~9oo~.0~0::. C -+,,__,,.--+-----1--
 WA:TI R 2597;6f)"C 2597'66 --~

 JLR 43315'.63 JLR =-i----+--_4_33_15.:63
 I~ FEES 1001.00'C ., 10if1:00
 ,,.____,,_ _ ___,_.c.,;;..o,,c:·N,;'C . 1042.15iC 7()42.15
 J=ti;;:L'r Mii.it.i - MQ.00. C 4A0:00.+-----11----·-
l---+---t------..,..-----l---+---l-----'---l.f:....':E~N~CE ."-'.. ....---+---2~115~7-.80--C-·_.__.265i60
 !~~ . =~:~~,~~ 1_4.=c56=-7..c:.7...:.0+-___ ,, __ _
 -·--------+-...,.,t--+--+--..:.,'·1~rc<g.!oT-1----l-----t-_;;504~&A~.1bl3'..j.!Cb<__ .·:.·:~o..~a'~.1=3-+-----"-------
 .ENG 3818.75 C -~=-'-='+----------i
;-..;~·--+--+-----------
 . PAV
~~-·--· -----------r--+-~+---+-----r.;.:s,~G~N+----+--lf--,2;:40.;o:;:.;;oo:;+;;c:-.1i...-2;:400~.~oo:.i...---'------ .. -
 9735.00 C 9735.00

t---t--t-----'-----41---t--+--+---':'!!:1R;;S-:...·--1------4--- 2217.08 TAX 2217~0& i
 1t'AV . 4296.35 G 4296.35
1----1----1---~-----+--+---ll---+----i;~P.;::LB~--i----~
 ;CK
 23165.16 C 23""'1'-=6"""5.-16-1---~-
 ~I---~

 ---1-___,:_t0_TAl.:...::i---+-~--k3223=,.;;18.37 182,88().75 35380.67; 43315.63'
 . -· 3Z'.l311f.37 , .. ·-~·--·· ·-~---

 .BANI< CHAR< ES 44.64 C IJLR
l- --t---+-----..,---+--+--+-~=-11------,--,--+-~-+-~---l'---3223-...:.es:or · -··--1-----4----i-=-=--·-· ·
 _.,,,. ___,__+---+----l===:+--....ji-----· - - - - - - - > - - - - -
 OONI TRVOT ON f&2860.TO ·

1----+--___,1-----~-......._--t---+--+---+-~~'Nc=S.::..:U=-·+--tAN-'Gc=:E-J.c... -~---'-=1"9~32"'_4..,9_..i_-1------l----+--
l---t----11---------+---J.--' '"-· . ' JR
 tAX . · -· - ___' ,__.,,..,35380==·
 43315.63 -------
 =·,57==..-.--+------1----+--..- - - -

 1---~·-- 1-----··-----·-·---- ... -·--<-----11--EN_.Gc:;.:-+------r------·1- 3816.75
 OFF
 .TOTAL .322363.01 '. 182880.75! 35380-67 43315.63
 , l . . -.l. 322~:1()1 . l . . ...l. - --·-··-~